FILED
CLERK, U.S. DISTRICT COURT

OCT 25 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 21CR00485 DSF |
| v. | |
| Marilyn Louise Flynn | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Vicki I. Podberesky_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

October 25, 2021
*Date*

*Defendant's Signature* for Marilyn Flynn

Los Angeles, CA
*City and State*

## APPEARANCE OF COUNSEL

I, Vicki I. Podberesky_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

October 21 2021
*Date*

*Attorney's Signature*

123220
*California State Bar Number*

818 W. 7th Street Suite 960
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

213-395-0400
*Telephone Number*

213-395-0401
*Fax Number*

vpod@aplaw.law
*E-mail Address*