# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No. CR. 21-485-DSF  US v. Rudley Thomas, Flynn    Date: 10/25/2021

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

Interpreter: N/A

| Marlene Ramirez | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorney(s) for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Marilyn Louise Flynn | x | | x | Lindsey Dotson | ✓ | | |

**Proceedings:   (IN CHAMBERS) MANDATORY RULE 5(f) ORDER**

In accordance with the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the United States is ordered to produce exculpatory evidence to the Defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in adverse consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions.