# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 21-00485 DSF | Date | November 8, 2021 |
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Renee Fisher | Pat Cuneo | Lindsey Greer Dotson<br>Ruth C. Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Mark Ridley-Thomas – VTC | √ | | √ | 1) Michael J. Proctor<br>1) Galia Z Amram - VTC | √<br>√ | | √<br>√ |
| 2) Marilyn Louise Flynn - VTC | √ | | √ | 2) Vicki I. Podberesky | √ | | √ |

**Proceedings:**   STATUS CONFERENCE (Held and Completed)

The matter is called and counsel state their appearances.   The Court confirms with both defendants that they wish to proceed by VTC (Zoom).

The Court and counsel discuss the status of the case.   The parties are to meet and confer as to any discovery issues.

The matter is currently set for trial on December 14, 2021 for defendant Ridley-Thomas and December 21, 2021 for defendant Flynn.   The parties will need additional time and a stipulation pursuant to the Speedy Trial Act will be filed.