*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Jeffrey Thomason
Acting Chief Probation & Pretrial Services Officer

PACTS No: 7754553

## Passport Receipt

Defendant Name: Marilyn Louise Flynn

Name on passport, if different:

Country of Origin: United States

Date passport issued: January 4, 2021

Expiration date of passport: January 3, 2031

Ordered by court in the Central District of California

Docket Number: 0973 2:21CR00485-2

U.S. Probation & Pretrial Services
Headquarters - Roybal

FILED
CLERK, U.S. DISTRICT COURT
10/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DM  DEPUTY

x _Dillon Malar_
Surrendered By

_Ninetta Smith, AAPO_
Surrendered To

Returned To

Returned By

Purpose Returned

Address (if mailed)

October 26, 2021
Date

10/26/2021
October 26, 2021
Date

Date

Date

U.S. Probation & Pretrial Services.