# EXHIBIT A

# USC Suzanne Dworak-Peck
## School of Social Work

R. Paul Maiden, MSSW, PhD, LCSW
Professor Emeritus (Teaching)
(Former Executive Vice Dean of
 Academic Affairs
 MSW/DSW/PhD Faculty Member)

October 20, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Honorable Judge Fischer,

I am writing this letter of reference in support of Dr. Marilyn Flynn. I served under her for ten years, first as Vice Dean Academic Affairs, and Executive Vice Dean, in my second five-year term as a senior administrator in the School of Social Work.

I joined USC in July 2007 and served in this administrative role until January 2017. I was then granted a sabbatical for the spring semester of 2017 and assumed a full-time faculty teaching position in the school's online doctoral degree in the fall semester 2017. I retired from USC in June 2021.

I received my master's degree from the University of Tennessee - Knoxville and completed my PhD at the University of Maryland – Baltimore.

My career in academia began in 1982 when I was appointed Assistant Professor of Social Work at Abilene Christian University in Texas.

From 1986-1997 I was an Assistant Professor and the University of Illinois – Chicago, Jane Addams College of Social Work, where I developed and was chair of the Occupational Social Work program, a graduate specialization in workplace human services.

In 1997, I accepted a position as Associate Professor at the University of Central Florida – Orlando, College of Health and Public Affairs, School of Social Work. I was also a faculty member in the college's PhD in Public Affairs program. During my tenure at UCF, I served as chair of the MSW program, was competitively selected as a Provost Senior

University of Southern California

USC City Center 1150 S. Olive Street, Suite T-1100, Los Angeles, CA 90015 • Tel: 213 448 5814



2

Faculty Fellow, and was appointed as the Director of the School of Social Work by unanimous vote of my social work faculty colleagues. While at UCF, I developed an MSW specialization in substance abuse and addictions. I also developed and launched the school's first online social work course.  When I left UCF shortly after my tenure as the Director of the School Social Work, we had launched 42 online courses. I have also been involved in international social work throughout my academic career having developed and led numerous student global immersion programs. I received two Fulbright Senior Scholar awards to Russia and South Africa and am the recipient of the *Lifetime Achievement Award* given by the Employee Assistance Professionals Association and the *Outstanding Leadership in the Profession,* given by the Employee Assistance Society of North America.

I give you some of my background to help you understand why I was recruited to USC and what drew me to working with Dean Flynn for 10 of my 14 years while a faculty member of USC.

I was familiar with USC and Dean Flynn for many years prior to my being appointed as the Vice Dean of the School of Social Work, and her 'second in command.' She had achieved a national and international reputation as a social entrepreneur and innovator, and was one of the most highly recognized Dean's among the 275+/- graduate schools of social work in the U.S.  Given my own background and experience in developing and launching new program initiatives and revenue streams, there was a significant alignment between my skill set, and Dean's Flynn reputation as a social entrepreneur and innovator.

I worked side-by-side with Dean Flynn and interacted with her on an almost daily basis for the entire ten years in the ongoing operation, managing program growth and development of new revenue streams in the School of Social Work. Development and launching new and innovative programs that resulted in substantial new revenue to the School of Social Work and USC was always 'front and center' in both of our positions. This was also a very 'loud' and constant message from USC central administration.

Dean Flynn was required to submit an annual program plan for the School of Social Work to the USC President, followed by a meeting with the President and his senior cabinet members (Executive VP and Provost, and Senior VPs). Here Dean Flynn would present her annual program plan followed by an intense Q&A led by the President and his cabinet. The program plan also contained a recap of the school's budget for the year, student enrollment projections, new program development, and projections of anticipated new revenue.

I attended several of these meetings with Dean Flynn as I had a leadership role in the development and launching several new program initiatives throughout my 10 years in my position, including the Virtual Academic Center (online master and doctoral degrees in social work), opening a new academic center in San Diego, launching the school's Military Social Work Program, along with Center for Innovation and Research on Veterans and Military Families. Another innovation spearheaded by Dean Flynn and several consultants was the school's telehealth initiative. The Telehealth Clinic is an online behavioral health counseling center staffed by 2nd year graduate social work students and supervised by licensed clinical social workers. It is considered an innovation

in virtual behavioral health technology and is the only clinic of its kind that I am aware of in a school of social work in the U.S. Each of these new program initiatives produced significant revenue for the School of Social Work in addition to garnering additional revenue for USC in terms of grants and contract indirect (46%) and 'taxes' (30%) paid to central administration. These collective accomplishments were lauded by the President and Provost.

The pressure put upon Deans to continue this growth and income generation is significant and is felt widely across USC among all Deans and their own administrative teams.

From my own perspective I observed it as an underlying 'culture of fear' among the Deans (new program development producing new revenue and fundraising were priorities). In my first five years at USC, there were several Deans who either resigned and stepped down or took positions at other universities due to the changing priorities and demands of a new the Administration. The tenure of a dean is typically two, five years terms, and often less. And yet Dean Flynn was given a renewed appointment four times, served under two USC Presidents, and three Provosts, and lauded by all of them for her leadership and accomplishments.

She was one of the longest serving (and most highly regarded) Deans at USC and was also the longest serving, and recognized as the most accomplished Deans among all the schools of social work on the U.S.

Dean Flynn has been recognized as an engaged community member both nationally and in the LA and SoCal communities. She has provided seed and startup funding to numerous community and professional groups and organizations and has been the epitome of USC's 'Town and Gown' partnerships. She is also a founding member of the American Academy of Social Work and Social Welfare (AASWSW) and was a central figure in conceptualizing the Grand Challenges of Social Work, a national initiative aimed at identifying significant social challenges for the nation and designing effective, evidence-based and culturally relevant solutions. Addressing and solving the Grand Challenges became the underpinnings of the online doctorate in social work, the only doctoral program of its kind in the U.S.

It is noteworthy to mention one of my experiences when I first joined USC. One of my many responsibilities was to participate (along with Dean Flynn) in 'New Student Welcome' at the start of each new academic year. I recall walking into the courtyard to give my welcome speech and was absolutely amazed by the diversity of the student population. The student population consists of 65% of students of color—the highest in terms of diversity of any school of social work in the U.S. other than Arizona State University. A remarkable achievement for a private tier one university.

Throughout my tenure working with Dean Flynn, I became very aware that maintaining a diverse student body was her top priority. She also earmarked a substantial amount of the school's budget to provide significant academic resources for students of color to,

funding a writing and tutoring center and ensuring that 1st year students were mentored by 2nd year students.

Dean Flynn also maintained a student emergency fund to assist students who were experiencing financial hardship while in graduate school.  And there were many. This often-included rental and housing assistance, assistance with buying groceries, and bus and train pass for those without transportation to ensure that they were able to get to their internships. On many, many occasions, Dean Flynn also approved tuition subsidy requests that I submitted to her on behalf of students who would not have otherwise been able to complete their degree.

Many of these students have gone on to doctoral programs or have become accomplished professionals.

Dean Flynn was always willing to extend a helping hand. Above all, she wanted to ensure success for all the students admitted to the School of Social Work.

On a more personal note, over the many years that I have known and worked with Dean Flynn, my wife and I have become friends with her and her family. I have always observed her to be a giving and helping person and willing to lend a helping hand to those less fortunate than herself. I do not recall a time that I visited her home, where she did not introduce me to a foreign exchange student or two, that she was 'homing' for a semester or academic year. She has volunteered to house and feed these students for many years at her own expense.  She has also paid all the tuition and related school expenses for her housekeeper's child since he was in elementary school. He is now a high school student. I have no doubt that he is headed for a successful college career. She fondly refers to him as her 'honorary grandson.'

Marilyn Flynn has been a kind, compassionate and caring person for as long as I have known her. She brings out the best in people and has helped ensure the success many, many students and has motivated them to achieve successes that they often thought they were not capable of.  I hope that all that I have written here will be taken into consideration as you contemplate her sentencing.


Respectfully,

R. Paul Maiden

R. Paul Maiden



Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

October 30, 2022

Dear Judge Fischer,

I am writing to you to speak about Dr. Marilyn Flynn's character. My understanding is that she has plead guilty to an implicit attempt to influence a public official and will appear before you for sentencing in March 2023.

Prior to speaking about Dr. Flynn, I will provide you with some background on me so you can place this letter in some context. I am a professor, and the former dean, at the University at Buffalo School of Social Work, The State University of New York. I also am a licensed, clinical social worker with over 35 years in social work practice in multiple roles: therapist, administrator, program director, program developer, substance abuse counselor, mental health counselor, and crisis counselor. In addition, I've been on the faculty at the University at Buffalo School of Social Work since 1991. I am a Board-Certified Expert in Traumatic Stress with the American Academy of Experts in Traumatic Stress, and a Distinguished Fellow of the National Academies of Practice in Social Work. I've served in a myriad of community and professional service roles, including organizing training, supports, and treatment guidelines for the treatment of trauma among people experiencing mental health and addiction challenges at the local, state, and national levels. Under my leadership, the School of Social Work at the University at Buffalo incorporated a trauma-informed and human rights perspective and rose in the U.S. News and World Reports Rankings from 46 (out of 200) in 2008 to 24 (top 10%) in 2020.

I served as dean from 2004-2021, and it was in this capacity that I first met Dr. Marilyn Flynn at the 2004-2005 academic year national meetings of two dean's organizations, the St. Louis Group (deans of research universities) and the National Association of Deans and Directors of Schools of Social Work. Dr. Flynn garnered my respect from the first time I met her. It was clear that she was knowledgeable about the forces shaping social work education, higher education, and human services systems. I learned a great deal from listening to her over all the years I have known her, and I have looked to her leadership and expertise to help me navigate the future of a social work school in a complex, volatile environment. Dr. Flynn has worked tirelessly to strengthen the national presence and infrastructure for the social work research; for example, she was instrumental in leading efforts to develop the American Academy of Social Work and Social Welfare, and then launching the Grand Challenges for Social Work, a groundbreaking national "initiative to champion social progress powered by science"[1]. Both efforts were

---

[1] https://grandchallengesforsocialwork.org/

1

key in leveraging the expertise of social work researchers nationally to address the persistent social problems that confront our nation, and I have no doubt that they would not exist now if it had not been for her leadership.

Over the years, I have had the chance to work with her more closely – she has been generous in her willingness to assist me in my work. For example:

- In 2016 she served as an external reviewer, with Dean Michael Patchner from Indiana University, for our proposed Doctor of Social Work (DSW) program. This involved reading our proposal, providing written feedback, and taking the time to come to Buffalo for a campus visit to meet with our faculty and university leadership. The feedback provided by Dr. Flynn and Dr. Patchner was key in encouraging us to transform our proposal into a truly innovative program that focused on implementation science and advanced digital practice skills. Their feedback, especially Dr. Flynn's, was key to the 2019 launch of what is now a thriving program that graduates leaders in social work practice. Finally, I might add that because our DSW program is done through a public university, we are able to offer the degree at much lower tuition rates than the program at the University of Southern California (USC) – the fact that Dr. Flynn was generous with her time and expertise in helping to develop a strong competitor degree program is indicative of her character—there are many deans who would have declined to help under these conditions.
- Dr. Flynn had a strong interest in the work I was doing to collaborate with our business school to create a program bringing together social work and business students to collaborate on doing social innovation work in the community. Dr. Flynn invited the dean of our business school, Dr. Paul Tesluk, and me the opportunity to come to USC to meet with her, some of her leadership team, and the USC innovation consultant to help us shape our program design efforts. The time and attention she gave us was transformative in helping shape our efforts going forward. As a result, we were able to successfully bring together our two disciplines, and later, a third discipline, to create a Social Impact Fellows program at the University at Buffalo. This highlights a trait that I have seen again and again in Dr. Flynn: her willingness to give her time and expertise to shape innovation efforts in our profession.

Over the 17 years I was dean, I have heard similar stories from many dean colleagues. Dr. Flynn has worked tirelessly to help bring social work expertise to our society at a time when there is a desperate need for what we can offer.

I will add that I have had the opportunity to work with Dr. Flynn in other roles. Most recently, she enlisted my help in joining the Governance Committee, and the Leadership Board, of the Grand Challenges in Social Work to help formalize the roles and structures of the initiative. I believe she did this to help ensure more equity and fairness in the structure of Grand Challenges, to make the organization more transparent and broaden its participatory base within social work education and the social work profession.

Since working with Dr. Flynn on the Governance Committee, we have had some conversations with her about her legal situation. I have clearly heard her acknowledge her mistake and her recognition that she lost of her some ethical grounding in doing some of the financial development work at the USC School of Social Work. As a long-time dean, I have thought about what she did, and I have examined my own choices and path in this role. Being dean is a very solitary position, and it is not hard for me to imagine

2

how easy it might have been to lose my way in terms of ethical grounding. In reflecting on this, I recognize that I had the advantage of operating in an environment—a public university— that Dr. Flynn did not have. By this I mean that my university is highly regulated with the ethics law and frequent training requirements that New York state requires for all policy-level employees. Over years of going through this training and disclosure process, I have deepened my understanding of ethical challenges and boundaries. However, in talking with my colleagues in private universities I understand that their environments provide much less oversight (and the bureaucracy that comes with it, I might add), and that, as a result, there is much less transparency and scrutiny. I offer this observation not as an excuse for what Dr. Flynn did, but in understanding and appreciation of the difference between our institutional contexts. I find myself surprisingly grateful that my institutional setting provided me with what I needed to negotiate the challenges of financial development in an ethical and legal manner. As I reflect on Dr. Flynn's situation, I hope you can act with compassion for this woman who made mistakes while also accomplishing a great deal of good in the world. I believe that probation with community service would provide Dr. Flynn with opportunities to continue to give back to the community to provide reparations for her mistakes.

Thank you for taking the time to read my reflections about, and experiences with, Dr. Flynn.

Sincerely,

Nancy J. Smyth, PhD, LCSW
Professor

3

685 Baldy Hall, Buffalo, NY 14260

Monday, October 24, 2022

Honorable Dale S. Fischer

First Street Federal Courthouse

350 W. 1st Street

Courtroom 7D

Los Angeles, CA 90012-4565

Dear Judge Fischer,

I'm writing in support of Marilyn Flynn who I understand will be sentenced by you in March 2023.  By way of background, although my husband and I now live in Florida, I resided in Los Angeles from 1978 to 2021, where I initially served as the West Coast Regional Public Relations Manager for General Motors Corporation.  Following brief service in the Carter Administration in 1980, as Director of Public Affairs and Counselor to the Secretary of the Department of Commerce, I returned to Los Angeles and headed Hill and Knowlton's West Coast operations.  Hill and Knowlton is an international public relations firm.  In 2005 I joined the J. Paul Getty Trust as Vice President of Communications where I worked until I retired in July 2018. While at H&K I worked closely with Mayor Riordan on a pro bono basis on a number of issues involving the city.

I have known Marilyn since she and her husband became neighbors in the mid-90s. We hit it off immediately given our connection to the University of Michigan, my alma mater, and where Marilyn served as an Associate Professor in the School of Social Work. I was interested in her work in sociology, and we had many, many discussions over the years, particularly about homelessness, an issue in which we were both very interested and in which she and the school were involved.  As a result, Marilyn asked if I would consider joining the Board of Councilors at USC's School of Social Work and I readily accepted.  That opportunity, along with a number other community leaders on the Board who were committed to and interested in the School's work, demonstrated to us the depth of knowledge, innovation and commitment Marilyn brought to the school. In fact, I was so interested I later recruited Beth Lowe, another community leader, to be a member of the Board.

9

One of the traits I find so attractive in Marilyn is her interest in using her deep professional knowledge to help where it is needed. I was asked to serve on the Board of the Center for Non-Profit Management just after a new President had been hired to build a new Board and save the institution from going under.  I immediately suggested we recruit Marilyn. She readily agreed to serve on the Board, and later became the organization's chairperson.  Her expertise and the many connections she had in the world of non-profits was instrumental in not only saving the Center but helping it to reorganize and move in a direction that would ensure its future.

Even though Marilyn was able to build one of the finest schools of Social Work nationally, and some would say internationally, she has never worn her success on her sleeve. I've never known her to be braggadocio, only interested in what could be done of improve her profession, extend its reach, teach the next generation of leaders in sociology and help those who will be served by their good work.  The events surrounding the issue at USC have devasted her, and I'm confident, taken a toll on her in ways she's not let on, but I'm confident she has felt.  I know she has analyzed what transpired over and over again, and I am certain given what she's learned from this experience she would never have permitted what occurred to have occurred.

I would like to request that Your Honor to be compassionate in your sentencing.  Marilyn is a good person who still has so much to offer.  I know she would be eager to share her professional skills through community service.  That is the Marilyn I know and respect.

Thank you for your consideration, and if I can provide any additional insights I'd be happy to do so.

Respectfully yours,

Myron A. Hartwig

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565


Your Honor,


I am writing to describe the character of Dr. Marilyn Flynn. I have been a Pilates Instructor since 2004 and owned my own studio in the Silverlake/Los Feliz neighborhood from 2005-2020. I continue to teach Pilates privately in client homes. I recently graduated with a Masters in Divinity from Claremont School of Theology and am an aspirant to Holy Orders in the Episcopal Diocese of Los Angeles.  Additionally, I have completed Clinical Pastoral Education (CPE) at Good Samaritan Hospital and Children's Hospital Los Angeles, and will be continuing CPE at Cedars-Sinai in 2023 in pursuit of a board certification in Chaplaincy. I mention this because I have acted in the role of chaplain providing emotional and spiritual support for Marilyn during the past four years.

I met Marilyn when she came to my Pilates studio in 2009 while experiencing knee and lower back pain. From the beginning, she has been a diligent and dedicated student.  Marilyn instantly recognized that Pilates was more than merely exercise but a mind/body practice that was essential to maintaining her health and pain-free living. She prioritizes her health and is committed to regular practice. Marilyn has consistently done Pilates from 1-3 times per week for over a decade, even scheduling time during international travel for video sessions. Marilyn is inquisitive and very detail-oriented in her approach to Pilates and gives her whole concentration to achieving the exact positioning of the exercises.  I would describe Marilyn as being engaged, well-informed, concise, and committed in all her interactions, not just Pilates.

Our relationship has never been one-sided; we both have been in the roles of student and teacher. Marilyn reads the LA Times, NY Times, and Wall Street Journal, along with many publications for Social Work and Health and Wellness. She regularly shares articles with me on Pilates, strength training, and how to increase muscle mass and bone density. Marilyn has always encouraged me as a small business owner, a parent, and in my on-going educational pursuits.  We regularly discuss current events, public policy, and social work.  Due to my evolving work with church and commitment to social justice and public health, we frequently discuss policy and programs and their advantages and limitations.

I feel she is an invaluable source of knowledge and experience in looking towards my future ministry. Beyond identifying problems, Marilyn has spent a lifetime fostering a learning environment and teaching others how to provide assistance and solutions on both the personal level and at the local, state, and national government level. Personally, Marilyn has recently taught me the skill of "compassionate detachment" of being both present and engaged with

help-seekers but not being pulled into or overwhelmed by their stories, emotions, and needs. While I have not mastered this skill, it is a necessity for pastoral care, chaplaincy, and social work, so that I can maintain my emotional balance and not become burned out.

Marilyn has openly discussed her case with me. In 2019, she consented to being interviewed by me on several occasions about this case for my Ethics final at seminary. While we did not discuss the legal specifics, we did discuss the circumstances of the case through the lens of multiple schools of ethics. I came away from these interviews and the process of writing the paper with a very strong sense of Marilyn's motives in funding the research project at the center of her case. Marilyn has passionately related her commitment to having this research project completed as it concerned an extremely underrepresented and understudied population and the need to address this injustice in order to create more inclusive public policy. Based on these discussions, it is my opinion that her life's passion to see this type of research work be done and have real world benefit was the driving force that led to this situation. In the four years that we've been discussing this case, I have watched Marilyn grow to understand that while her intentions were always good, the way in which the funding was received placed her in a compromised and untenable situation.

Marilyn has expressed remorse and shame. She has resigned from a career that she loved and gave her a sense of purpose and fulfillment. She has been alienated from the academic world which has been her community for the entirety of her adult life. She was regularly solicited by numerous organizations and charitable boards for her expertise in the field and is now excluded from association. She has suffered extreme emotional distress from the constant media coverage, especially political television ads. Due to her existing years of service to the community and her age, I feel that probation is appropriate, but that further punishment or restrictions on her movements would be unnecessary.

I thank you for your time and consideration.

Sincerely,

Stephanie Herrman
Owner/Instructor, In & Up Pilates

November 7, 2022

Hon. Dale S. Fisher
First Street Federal Courthouse
350 W. 1st St.
Courtroom 7D
Los Angeles, CA 90012- 4565

Dear Judge Fischer,

It is my honor to write this letter about Marilyn Flynn, my stepmother as well as an important mentor in my life. Marilyn married my father, an auto executive, in 1992 following my mother's passing. While in the hospital nearing death, my mother told my father he should marry Marilyn because she respected her so much. One year later, they were married.

It was easy to welcome her into our family, and she and I have been very close for the last 30 years. I am 63 years old, and I live in Clarklake, Michigan with my husband Joe who is a schoolteacher. We have two sons, Andrew and Matthew, who are both in the field of astrophysics. I am currently a consultant in the healthcare industry, specializing in the connection between criminal justice and health care. Prior to that I held executive positions in the mental health, physical health and corrections industries.

Marilyn and I bonded over providing end-of-life healthcare to my father. I flew to Los Angeles every few months and she and I worked together to care for him. I appreciated the love with which she cared for him. Rather than turning his care over to a facility, Marilyn renovated their home with wheelchair ramps and the safety features my father required. My father had Alzheimer's, which of course requires tremendous love and exceptional care. He also had vascular difficulties and had to have one of his legs amputated. One of my most special, though sad memories with Marilyn was when we had to tell my father about the amputation. Due to his Alzheimer's, he would forget, and we had to tell him over and over again through tears.

Her loving and generous spirit is demonstrated through special trips she has arranged for our family, including a second honeymoon for my husband and me as well as many adventures for my sons. And the fact that she "adopted" (in spirit) two children that were the offspring of individuals who helped her care for my father and were at risk of having a rough life of poverty and an absence of enriching experiences. She provided them with trips to special camps and a myriad of other experiences that helped lead to both having wonderful lives that would not have happened without her.

I have had Parkinson's disease for about 12 years, and I have had three brain surgeries. Marilyn has been a constant support through that, making sure that I have had the care that I need and opportunities to retain a sense of dignity and self-worth throughout my difficult journey.

I have long thought of Marilyn as a mentor, and professional colleague as well. We have similar career interests, and I always enjoyed talking with her about child welfare, as well as criminal justice reform. While I certainly never rose to the level of Dean like Marilyn, did, she made me feel like we were at the same level professionally. Oftentimes when I visited her, she arranged for meetings with colleagues that she thought I would find interesting. My career has been particularly challenging, especially with Parkinson's and I could always count on Marilyn for sound advice on the thorniest issues.

Marilyn is a visionary leader who has genuinely made a difference in this world, and when she was named a National Association of Social Work "Pioneer" I was not surprised.  I am proud of all she has accomplished. We would talk in depth about her work around the world and I always admired the big picture lens with which she saw social work. She held a broad view of the contribution of social work to other areas, such as the Finance, Banking, and Insurance industries. She also made sure students across the country could participate in her program by providing the first web -based MSW degree in the country.  She was especially proud of the military MSW specialization she created.  I remember how excited she was to go to Washington DC to seek congressional funding for this program.  Of course, she succeeded!

She maintained her humility even though she has won numerous awards, such as: the USC Provost's Prize for Innovation in Social Work, and the International Sarnat Prize for the Advancement of Social Work.  I gave Marilyn a Christmas gift that involved writing a book about her life in response to questions I would send her. As we neared the end of the book, I asked her what she would like her legacy to be. Instead of sharing some lofty goals, she simply wrote "I want to be known for helping people."  She also believed in the importance of community service and served on many task forces pertaining to children's issues, as well as serving on the board of the LA Zoo.

These court proceedings have been exceedingly difficult for Marilyn. After all of the contributions she has made to the field of social work, it has been tough for her to end her career with a  tarnished reputation. She has been humbled by this experience. She has had to limit her community service which has been difficult for her. Through it all, she has had the courage to continue to move forward with her life and continue to mentor me and provide loving support to my whole family.

Respectfully, I urge consideration of compassion in sentencing for Marilyn. She has demonstrated the strength of her character through the examples I have mentioned, and much more. I do not believe it serves any useful purpose for an 83-year-old woman in Marilyn's situation to go to jail or prison.  I believe she has been through enough these past years.

Thank you, Judge Fischer,  for listening to me.

Sincerely,

Joanne Sheldon

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Dear Judge Fischer,

My name is Romulo Tolentino Jr., and I'm an Admissions Coordinator, Master of
Science in Nursing Lead at the USC Suzanne Dworak-Peck School of Social work. I'm
also working with Angeles College as the Senior Admissions Advisor; this college offers
vocational training for nurses, and I work with the school on a limited basis in
communications and program expansion.

I have been working with USC for more than eight years and I worked under the
leadership of Dr. Marilyn Flynn for over 4 years. My mother and father cared for the late
husband of Dr. Flynn starting in 2005 at her current residential home until his death from
Alzheimer's disease. Since then, they are still providing housekeeping and other
maintenance services to her and that is how I met Dr. Flynn.

I have known Dr. Flynn for more than 18 years, and I consider her a friend, a family
member, and a mentor who has played an important part in my life and my family as
well. Through the years, she helped me and my family in so many ways, she even
treated our youngest brother as her own. She even supported the costs of legal
services for my parents and help them qualify for citizenship following their immigration
from the Philippines. She also assisted and encouraged my sister to return to school,
where she is hoping to complete preparation as a certified public accountant.

She was always there to support us, morally, financially, and emotionally, and she never
expect anything in return. When I was in the Philippines in 2009, I contracted dengue
fever, this disease almost cost me my life. Without hesitation, she reached out and
provided financial assistance to help me pay for the hospital bills. This is a debt of
gratitude that I will always remember and will be forever grateful for. She is a person
with a kind and generous heart, and I am always thankful for it. She considered my
family as an extension of her family, and we consider her the same.

She is a great adviser and a good mentor; she gives advice based on her own
experience and expertise. I expressed to her my passion for helping the community
through healthcare which she supported since she is also working in the medical field.
She was the one who encouraged me to pursue and further my education. This is the
reason why I went back to school and finished my master's degree in healthcare
administration. After graduating, I asked her for her opinion and advice regarding my
ideas about business development in the health care or medical education sector, and
she have always tried to clarify the laws that need to be followed in this country where
practices are often very different than in the Philippines. Until now, she gives me tips

and honest feedback on what I need to thrive in my career, she even advised on how to find the possible ways to solve a work-related problem and what solution worked for her under the same problem.

Dr. Flynn is an individual who can make you feel comfortable with her by how she talks and present herself. She is known as a good listener and a good influencer at our school. That is why faculty members, staff, and students love and respect her. Under her leadership, the school of social work gained reputation and recognition throughout the United States. And in October 2010, the school launched a Virtual Academic Center, a web-based master's degree program that uses a highly advanced web-based platform to conduct live, virtual classes between faculty and students. Our school was the pioneer of the virtual learning program for social workers. We helped students across the country get an equally robust, engaging, and dynamic learning experience in a virtual setting that didn't sacrifice the signature pedagogy of social work.

The bribery charge against Dr. Flynn tarnished her reputation as a respected leader. I agree that any type of corruption is unacceptable, however, may we also be reminded about her past contributions to society. She has contributed a lot to the field of social work that tackled major issues such as homelessness, social justice, and innovation in education practice. As a social worker, she is a commendable icon because of the changes and advancements she did for the school, the local community, and the international community.

This situation has given her a lot of pain and criticism since this issue is also being used by personalities to gain leverage for the upcoming election. If ever the court finds that Dr. Flynn is guilty, may I respectfully ask the honorable judge to place her under probation instead of incarceration. I know that she would appreciate doing community service and making use of her time and expertise to help the community rather than staying behind bars.

May this letter provide a glance at the actual character of Dr. Marilyn Flynn. She is a good person that always thinks about the well-being of others, a compassionate individual that believes and cares about people and their problems, and an admirable figure in our society that always thinks positively and devotes her life to exemplary work.


Sincerely,

Romulo Telentino Jr. MHA
Phone No.: 323-348-9925



**UCLA** DEPARTMENT OF SOCIAL WELFARE
LUSKIN SCHOOL OF PUBLIC AFFAIRS 3250 Public Policy Building, Box 951656, Los Angeles, CA 90095-1656

Hon. Dale S Fischer
First Street Federal Courthouse
350 W. 1st St.
Courtroom 7D
Los Angeles, CA 90012 – 4656

Dear Judge,

My name is Todd Franke. I'm a full professor at UCLA and have been at UCLA for 30 years in the Department of Social Welfare. I arrived at UCLA 30 years ago with my wife, a full professor at UCLA in the School of Education and Information Studies. We have two children, one of whom is a registered nurse, and the other is just completing graduate school. My career focuses on understanding how the child welfare system serves and might better serve children and families. A large or my work examines how we train staff, beginning with new hires through senior management. In collaboration, all these individuals are instrumental in meeting the needs of these families and their children. As a result, my research extends into several other systems which may impact the lives of these children and families, including mental health, juvenile justice, and education. My work locates itself in the community with community-based organizations since much of the support children and families receive comments from them.

I was aware of Dr. Flynn's scholarship several years before actually having the opportunity to meet with her. My work in child welfare put me in regular contact with all of the Deans and Directors of the different social work programs initially referred to as the Inter-University Consortium (IUC). This consortium brings together the seven universities in Los Angeles County that provide graduating master students, with interest in child welfare, to the Department of Children and Family Services in Los Angeles County (DCFS). I met Marilyn when she assumed the role of Dean at the USC School of Social Work. As Dean, Marilyn was one of the members of the Board of deans and directors that provided advice and expertise to DCFS. As a member of the Board, she took her turn in a leadership role and was involved in helping think about and develop plans focused on how the child welfare system better serves the children and families in Los Angeles County. The thoughtful plans the Board developed were presented to DCFS annually. Not unlike any institution, in academia, Deans hold a special place in the hierarchy. I cannot think of a time when Marilyn used that status while on the Board. She was an active and contributing participant. Whether a board member or in a leadership role, Marilyn was a thoughtful listener and helped support the other six university members. She was undeniably kind and caring. She had and continues to have a deep commitment to making the world a better place to the best of her abilities.

Marilyn Flynn is a thoughtful and kind individual. In the time I've known her, I have witnessed her making contributions to various communities. She has undoubtedly made significant contributions to the community of scholars within the field of social work, both internationally and nationally. Her most significant contributions have come in Los Angeles County. In her role as Dean, Marilyn has helped support many community-based agencies. While I am more familiar with her contributions to agencies that have a clear focus on child welfare, I know she has made contributions to agencies and county-wide entities (DCFS, DMH, Probation) that focus on high-need families, as well as taking a lead role in how LA County can better address the needs of the homeless population. In addition to the extent that the University of Southern California (USC) is a community, she had a tremendous impact in her years as Dean. When Marilyn arrived at USC, their program was considered nationally better than average. She took their program from being better than average to one of the top 10 Schools of Social Work in the United States.

This is precisely why universities hire people with her reputation. During her time at USC, Marilyn was one of the most respected deans in the United States. Her peers saw her as not only raising the stature of USC but raising the stature of social work in the United States.

The impact of this entire process, including the court proceedings, has been devastating to Marilyn Flynn. While I do not know anyone in her family, she has told me that the support she receives from her family throughout this process is one of the things that help her make it to the next day. It would be accurate to say Marilyn Flynn has lost everything concerning her reputation as a scholar and leader. I cannot imagine what that must be like, and, in truth, I hope I never find out. Sadly, she will not be remembered for all the kindnesses she has bestowed on others and what she has accomplished in the community, for USC, and the field of Social Welfare. I do not believe her actions were performed solely to benefit herself. She is not that kind of person. She is honestly sad about the decisions that got her to where she is today. I believe she would do things differently in the future, but she will never have that opportunity. I think she has learned that despite her imperative to make things better for those around her, including the University, decisions should not be made simply because there is a need to try to improve things. I don't know could talk to someone who cares

I understand the government will likely be recommending a sentence of probation. I am relieved that I am not the one to have to make this determination. Marilyn's career has been marked by service. Despite her admitted mistakes, I hope that she will receive the same compassion and kindness that she has shown to many, many others in her life. I believe that probation with community service would allow her to continue contributing to the community, bringing her back to where she started.

*Todd Franke*

Todd Franke, Ph.D.
Professor – UCLA Department of Social Welfare



FLORIDA STATE UNIVERSITY | *The* COLLEGE *of* SOCIAL WORK

12 November 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7D
Los Angeles, CA 90012-4565

Re:     Character Reference for Dr. Marilyn Flynn

Dear Judge Fischer,

I have been asked to provide a character reference for Dr. Marilyn Flynn, who has plead guilty to an implicit attempt to influence a public official. I am happy to do so. By way of my own background, I am a Distinguished Research Professor of social work and former Dean with the College of Social Work at Florida State University. This is my primary role. I also teach as an adjunct professor for Tulane University's doctoral program in social work, publish articles, books and chapters, and edit three journals in the field of social work. I have been involved in social work education for over 40 years. I am also a Licensed Clinical Social Worker. I have known Dr. Flynn for over 15 years, relating to our mutual interests in social work education and research. Our meetings have primarily occurred via attending social work professional conferences. In 2012 I served as a curriculum reviewer for the School of Social Work at the University of California, and I have participated in a number of small conferences dealing with science and social work, sponsored by USC. She has published several papers in one of the journals I edit, *Research on Social Work Practice.* My relationship with Dr. Flynn has been solely professional.

For well over a decade Dr. Flynn has been considered an exemplary Dean of a major and highly regarded School of Social Work. She was a pioneer in expanding the availability of Masters and Doctoral Level social work education through the adoption of online teaching technology, which lead to her program's rapidly becoming the largest in the United States, and possibly the world, in terms of student enrollment. She sponsored a number of cutting edge invitational conferences related to integrating science and social work, meetings which resulted in the publication of a number of influential papers in various professional journals. She led an important national initiative to establish the American Academy of Social Work and Social Welfare (AASWSW), to which I have been elected a Fellow. This organization's Fellows program is now an important way to recognize the best and the brightest members of our profession. She also spearheaded an initiative called the Grand Challenges in Social Work, which focused on attempting to prevent and remedy a number of serious social problems afflicting America. This project has also resulted in a number of published papers and at least one book. And for many years she funded an annual nation-wide Flynn Award, which provided a $10,000 check to each recipient who

1

received the award in return for their exemplary service to the profession. This was a very prestigious recognition. She was perhaps the most prominent member of the social work academy in American social work for many years through her substantial contributions to the field.

I know that the indictment and guilty plea have taken a serious toll on her academic reputation, health and well-being, and by being forced to retire earlier than she may have wished. Her indictment and court case has been a topic among the social work profession for months now.

At her age and retirement status, it is unlikely she will ever be in a position to commit further infractions. I would hope that she be given a sentence of probation only. Home confinement would serve no good purpose for a retired woman in her mid-80s. Some community service could also be considered as a part of her sentence, but again looking at her personal situation and age, I can see little rationale to require this. She has lost her prestigious and well-paying position and has had serious damage to her personal and professional reputation, aspects of her life she can never recover from. Compassion in sentencing is well warranted in my humble opinion, given her past highly positive significant contributions to the profession.

Please feel free to contact me if I can provide any additional information.

Sincerely,

Bruce A. Thyer, Ph.D., LCSW, BCBA-D
Distinguished Research Professor and former Dean
Bthyer@fsu.edu

2

# USC Emeriti Center

*Charles D. Kaplan, Ph.D.*
*Research Professor*

October 21, 2022

Honorable Dale S. Fisher
First Street Federal Courthouse
350 W. W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

## RE: Character Reference for Marilyn Flynn

Dear Judge:

I am writing this letter to provide a character reference for Ms. Marilyn Flynn to help you in deciding the appropriate sentence for her crime. In March, 2021, I retired from the University of Southern California (USC) after completing service for 10 years as a Research Professor and Associate Dean of Research in the Suzanne USC Dworak-Peck School of Social Work. Currently, I work as a consultant and board member in two Los Angeles community-based organizations advising on organizational development and research. I continue my scientific work as a volunteer on several research projects at USC and as a Research Fellow at Haifa University in Israel. Prior to coming to USC, I completed 5 years of service in a similar position at the University of Houston Graduate College of Social Work. Before that, I was a Research Professor and Director of the Addiction Program of Institute for Psychosocial and Socioecological Research at Maastricht University, The Netherlands. I have known Ms. Flynn for 12 years and maintained a close relationship. In 2011, I was hired by her when she was the Dean to become the new Associate Dean of Research at the USC School of Social Work. Ms. Flynn has always helped the faculty in social work grow. She was especially focused on obtaining and providing early career social work scientists in our School with as much support as was possible. She was also a leading force in the many diverse underserved communities of Los Angeles bringing the knowledge and resources of the university to concrete community-problem solving. Her hands-on approach was oriented to supporting community-based organizations and the local government with university resources in providing solutions to the "wicked problems" that these communities face every day. Her work and dedication brought her much recognition and respect in the community that had been lacking in the past for USC. For example, she was appointed by the USC higher administration to be the leader of USC efforts to solve the homeless problem. In this capacity, she worked diligently with all levels of the university to partner with the community in resource-sharing. If there was an intractable social problem in Los Angeles, she was always there to mobilize the School to focus on collaborative problem-solving. Her network and influence were all over town (and nationally as well) ranging from the training of the Los Angeles Police Department future leadership to supporting community-based drug abuse and mental health service delivery through program evaluation and other activities.

Ms. Flynn and I are neighbors in Los Feliz. This neighborhood bond increased over the years. It also has given me the opportunity to have a close and intimate view of Ms. Flynn's character. I always

University of Southern California
835 W. 34th St.-URC 103, Los Angeles, California 90089-0751 Tel: 213 740 8921 • Fax: 213 740 7120



21

thought of her as a compassionate family and community-oriented person who has supported not only her children, but the child of her live-in housekeeper who is now on the varsity basketball team of Marshall High School. As a USC Dean, she was required to have a strong record of fund-raising for the School. She had succeeded beyond all expectations of raising funds exceeding the 2 5-year terms for USC Deans, which is the norm. She could not have done this without the support of the higher USC leadership where she was recognized as an outstanding fund-raiser and administrator in times of increasing economic pressure in the university. She heavily invested in the school's research program that resulted in us growing into one of the top 5 social work schools in the U.S. Her success included obtaining an endowment of $60 million to name the School which is the capstone of any USC Dean's career. I served for all these years on the School leadership committee without any indication of corruption and wrong-doing on her part. However, I did witness jealousy at the national level of her commitment to build a new science of social work with USC as the undisputed leading university in the U.S. After Dean Flynn left USC, I was both surprised and saddened by the turn of events that has led to her current plea of guilty. She has been a fighter for social justice and health equity both in the U.S. and in Los Angeles and a recognized and beloved community leader.

I think that the court proceedings have been a terrible blow for Ms. Flynn and her family. They do not deserve this at the end of her long and distinguished career of academic excellence and community engagement. The media has done so much to destroy a lifetime of achievement and service. She does deserve to be remembered as a pioneer and innovator in American academic social work. Her strong family and friendship circle has strengthened her to endure this ordeal of judicial proceedings with dignity and poise. She has had to completely withdraw from her extraordinary public life of academic and community service. In my opinion, this has been a major loss to both the university and the community that could have benefitted greatly from her knowledge and experience during the past few years.

I sincerely believe she has learned from this experience the terrible lesson of the delicateness and sensitivity required in any negotiations with government officials where politics must come in play and the law and regulations are complicated. One has to be especially careful in separating friendship from official duties. While this has been a most painful public degradation of the value of her life to the university and community, knowing her well and her resiliency, I am confident she has been strengthened in her character by these events. Therefore, I argue for compassion in giving a sentence of Probation with no home confinement. This would be the best criminal justice solution for Ms. Flynn, USC, and the Los Angeles community.

If there are any further questions, please feel free to contact me at your convenience.

Respectfully,

Charles D. Kaplan

Charles D. Kaplan, Ph.D.

George Caballero, MSW, LCSW

Psychotherapy and Consultation

Licensed Clinical Social Worker # LCS 11522

October 10, 2021

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Your Honor,

My name is George Caballero I've been married 45 years, and have 2 adult children and 6 grandchildren. I received my BSW from California State University Los Angeles (CSULA) in 1979 and my MSW from USC School of Social Work (USC) in 1982. My passion is serving the Latino geriatric population.

As a practitioner I worked at El Centro Community Mental Health and Pacific Clinics Mental Health Center. After working in the community I realized the need for senior services and founded Casa Cardenas Senior and Family Counseling Center. I continue to provide clinical services to the Hispanic community through my private practice in Montebello, California.

As an administrator I expanded programs for older adults and implemented continuum of care models to assist enhancement of their independence and quality of life. As a member of the Los Angeles Chapter of the Alzheimer's Association, I consulted for the Statewide Technical Assistance Program and El Portal Project training professional staff and family caregivers on the dynamics of Alzheimer's disease. I provided similar consultation and program development to the International Institute of Los Angeles, Kaiser Permanente Medical Centers, Alta Med Health Services Corporation, El Centro de Ayuda and the City of Inglewood. I've served as LA County Mental Health Commissioner and served on various community service boards as well as Chair of the Board of Directors of La Posada (HUD subsidized senior apartments), Casa Cardenas Senior and Family Counseling Center, El Centro de Ayuda and the Latino Alumni Community Advisory Committee (LACAC) at USC for the Dean of the School of Social Work.

As an educator, I have taught at CSULA, USC, and Glendale Adventist Medical Center Family Practice Residency Program. I have served as adjunct faculty at CSULA, CSULB, and USC where I developed internships and supervision programs for BSW, MSW, and PhD candidates including a training institute at a USC affiliated program. In addition, I taught at Phillips Graduate Institute as a visiting faculty.

I have known Dr. Flynn since 1997 when she took the post as Dean of the School of social work. At first, I expected a confrontational relationship because USC had not done enough for Latino communities. But I was wrong because Dean Flynn started out by reaching out to community leaders to gain awareness of the specific educational needs of the community. She created the Latino Alumni Community Advisory Committee (LACAC). It's known today for the inclusion of student representation and is known as the Latino Alumni Advisory Board (LAAB). Her desire to be inclusive was demonstrated many times such as the active role she took in the Latino Student Parent Orientation which was designed to inform the parents and family about the rigors involved in successful completion of graduate degree while dealing with the challenges of dedicating and integrating study time into cultural norms and values of the family.

Noche de la Familia is one of many annual events she supported and which was designed to support and recognize the Latino family system for its contribution to a student's progress toward graduation.

She included LACAC/LAAB to help enhance student academic advisement by including us in the interviewing process of prospective faculty. In an effort to reflect the diversity of the school and community she recruited and hired people of color to faculty and staff positions thereby increasing the number of Latino professors from one to over 15 today.

While she has accepted responsibility for her errors in judgment and behaviors, I know that it was not intended with malice or for any type of personal gain. I've known her personally and professionally to be of strong moral character, ethical, kind, caring, sensitive and committed to her profession, education, her community and family as outlined in my letter.

As a member of the community, she has many contributions in her leadership role including establishment of:

- The first school to offer an interactive web based MSW degree at USC, now accessible almost everywhere in the United States and Canada.

- The first nationally available MSW specialization in military social work

- A ground-breaking program for placement and employment of social workers in non-traditional settings (graduate social work interns have been introduced in finance, banking, insurance, and managed care companies, with subsequent employment)

- Created the new Telehealth Clinic at USC, using licensed clinical social workers to provide internet-based counseling services for clients drawn from a wide variety of difficult or underserved populations and geographic locations. This model is currently being expanded at the Veterans Affairs Medical Center.

- Helped found the American Academy of Social Work and Social Welfare and was the first president of the St. Louis Group, representing most U.S. schools of social work in major research institutions.
- Was instrumental in the creation of the National Network for Social Work Management, designed to strengthen leadership in the profession.
- Also developed the national Grand Challenges of Social Work initiative, which is engaging the profession nationwide in addressing the key challenges in society.
- At USC, she greatly enlarged the Hamovitch Center for Science in the Human Services and established the nationally respected Flynn Prize for Social Work Research.
- Was Director of the Institute for Public Policy and Social Research and of the School of social work at Michigan State University (MSU) from 1992-1997.
- Was the first woman and the first social worker to serve in the role of Director of the Institute.

In my role as Commissioner on the LA County Mental Health Commission, she without hesitation participated in a commission to advocate for enhancing mental health systems for the senior population in LA County.

Among the many accolades she has received are:

- 2014: Community Angel Award, Drew Child Development Corporation
- 2013: Blue Ribbon Commission on Child Protection, Los Angeles County Board of Supervisors
- President's Volunteer Service Award Corporation for National and Community Service.
- 2012: Provost's Prize for Innovation in Educational Practice
- University of Southern California; International Rhoda G. Sarnat Award, National Association of Social Workers Foundation.

It is evident to me that Dr. Flynn has learned a lot during this process about how the justice system works and the law itself. It seems that through this process she has gradually come to a different view concerning the problems and mistakes in various aspects of her own thinking and actions and how much she regrets those lapses. I am aware that this has been a period of prolonged suffering and tension compounded by the attacks on her from the political campaign for Mayor. This experience has created an opportunity for change as demonstrated by her ability to acknowledge and see the errors in her judgment and behavior.

I firmly believe that compassion in sentencing is appropriate in Dr. Flynn's case. This experience has been an excruciating ordeal for her and her family, and she has unreservedly accepted responsibility for her errors in judgment, her decisions, and behaviors.

Respectfully submitted,

*George Caballero*

George Caballero, LCSW

November 22, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Your Honor:

I'm writing to provide my perspective on the character of Marilyn Flynn.

I have been a consultant for about 20 years to organizations seeking to make a significant impact in their markets or society at-large. I have worked with a broad range of private-sector organizations (e.g., Starbucks, Panera, Coca-Cola, UBS), public-sector organizations (e.g., NASA, US Department of State, Walter Reed National Medical Military Hospital, National Endowment for the Arts), and social-sector organizations (e.g., US Holocaust Memorial Museum, Grammy Foundation, and Dalai Lama Center for Peace and Education). I was a fellow at a DC think tank and am currently a fellow at the nation's largest Jewish foundation. My wife and I live in suburban Chicago and our daughter is in graduate school in criminology, law, and justice.

I met Dean Flynn in March 2014 and worked closely with her until July 2018. We were introduced by a member of her faculty, who thought I might be helpful to the Dean's efforts to build a capacity for innovation in the School of Social Work. Two months later, after a brief pilot project, the Dean introduced a colleague and me as the school's first Innovators in Residence.

In those four-plus years, the Dean and I worked together on more than a dozen projects, including launching the nation's first doctorate in social innovation; launching the nation's first graduate program in nursing inside a school of social work; a roundtable on social work and the arts; and a new approach to faculty hiring. We also collaborated on her efforts to advance the field of social work and social work education, generally. Finally, she enlisted my help in the school's work on homelessness, law enforcement, and child and family services.

Through those many projects, I closely observed her collaborations with faculty and staff, the university's administration, her fellow deans at the University of Southern California, deans at other universities, her colleagues in social work education, public officials, and leaders of local

and state agencies. What I specifically observed: Not only was the dean a well-regarded and highly respected participant in these collaborations but — with only rare exceptions — she was the driving force behind every initiative. She was remarkable in her ability to help people inside and adjacent to her field see new possibilities and make substantive commitments to change. Others, both inside and outside academia, deferred to her judgment and followed her lead.

In those four years, I am certain no one in the country had a bigger, more positive impact on the field of social work and on social work education.

I was amazed throughout by her stamina, focus, and relentlessness. I knew her to be compassionate, encouraging, and extraordinary at recognizing and promoting the potential of others. At no time did I observe her doing anything out of bounds; to the contrary, I found her to be consistently honorable and ethical. Not only do I like her personally, but I admire her greatly.

Until last week, we had not talked since the end of my four years as the school's Innovator in Residence. So, I can't speak to the effect on her of the charges and court proceedings, or to how she might have changed as a result.

I hope the Court considers her extraordinary contributions to education and society. While I am no expert in federal sentencing, I wholeheartedly endorse probation or community service.

Sincerely,

Jeffrey C. Leitner
Leitner Insights, LLC
13727 Meadow Lane
Plainfield, IL 60544

2

JOHN S. BREKKE, PhD
Professor Emeritus
Suzanne Dvorak-Peck School of Social Work
University of Southern California

October 24, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565


Judge Fischer:

   I would like to offer the following information to aid in your deliberation about the sentencing of Dr. Marilyn Flynn.  I joined the faculty of the USC School of Social Work (USC SSW) in 1984.  I retired from USC in 2021 and now hold the title of Professor Emeritus of Social Work at USC.  I was tenured in 1990, and was promoted to Full Professor in 1999.  I served under three Deans while at the School of Social Work, including the entire deanship of Dr. Flynn. I served as the Associated Dean of Research for nearly 10 years while at the USC SSW (now the Suzanne Dvorak-Peck School of Social Work).  I have been rated in two published reports as among the most productive and influential social work scholars in the U.S.  I am also an elected member of the American Academy of Social Work and Social Welfare, social work's honorific society.  I would like to briefly outline some of the local and national initiatives that I know well, and that I participated in at the request of Dean Flynn.  I believe they speak to the vision and positive influence of Dr. Flynn while she was Dean at the USC SSW.

1.    Dean Flynn was deeply committed to growing the research capacity at the USC SSW.  To this end she initiated and supported the creation of our research center at the USC SSW called the Hamovitch Center for Science in the Human Services.  Over the last 20 years, the Center has been one of the most productive research centers in any school of social work nationally or internationally.  These centers cannot develop or sustain without consistent support from a Dean.  Dr. Flynn consistently provided that support both administratively and fiscally.  This Center contributed to the reputation and impact of our USC SSW in notable ways, and allowed us to attract some of the finest faculty in any school of social work.  The quality of the faculty is discussed in item #2 below.

2.   Within the last five years, the USC SSW faculty was rated among the top five most productive faculty in the U.S. by an independent group that published its findings in social work.  This is a significant accomplishment and could not have occurred without the consistent vision and support of Dr. Flynn while she was Dean at the USC SSW.  Dr. Flynn was able to hire and retain faculty that were among the most productive and

influential in social work. She did this by providing an environment that was intellectually engaging and that supported the careers of top faculty.

3. Dr. Flynn was one of the thought leaders and significant drivers behind the development and implementation of the Grand Challenges for Social Work. I participated with her in the development of a Board of Directors for this effort and participated with other national leaders in launching this effort in 2013. The Grand Challenges for Social Work outlined 12 scientific and policy challenges for creating a healthier society. Some of the finest scholars in social work contributed to this effort that is now in its ninth year. Dean Flynn provided essential intellectual and logistical support for this effort. (http://grandchallengesforsocialwork.org).

4. Dr. Flynn was deeply committed to the development of the scientific enterprise in social work. She worked with one other Dean in social work to initiate the Islandwood Meetings for Science in Social Work. I worked on this effort with Dr. Flynn and we invited over 20 top social work scholars both nationally and internationally to the Islandwood Retreat Center at Bainbridge Island each year for a three-day meeting that focused on building an intellectual base for science in social work. This effort was largely supported (both fiscally and administratively) by Dean Flynn and the USC SSW. The Islandwood meetings were held for 5 years beginning in 2012 and resulted in numerous publications and an edited book called *Shaping a Science of Social Work*. This effort would not have happened without the leadership and vision of Dr. Flynn.

5. Beginning in 2015, Dean Flynn was a leader in developing the Western Consortium of Schools of Social Work that pulled together Deans and faculty from over 20 schools of social work in the western US for yearly meetings on how to develop and expand social workers participation in practice-based research networks (PBRNs) that were novel to social work, but were active in other fields such as medicine. She was also central to developing and supporting the PBRN that was developed at the USC SSW under my leadership.

6. One of the hallmarks of the maturity and significance of any discipline is the existence of a national honorific society that selects members based on their impact and contribution to a field. Dean Flynn was a major force in the establishment of the American Academy of Social Work and Social Welfare. She convinced a small number of other Deans to work together on the development of the Academy and provided much needed funds to develop and sustain the Academy over time. It had its initial class of inductees in 2010 and now has over 140 distinguished fellows as members. (https://aaswsw.org/)

All of these efforts had local, national and international impacts in social work. None of them would have happened without the leadership and ongoing support of Dr. Flynn while she was Dean at the USC SSW.

On a personal note, I never doubted Dr. Flynn's deep commitment to the efforts that she initiated and supported.  She was a Dean who stood out for her vision and ability to get big ideas into motion and ultimately implemented.  In national meetings and workgroups related to the initiatives that I have described I saw that she was highly respected by other Deans in the top schools of social work, and they engaged deeply with her in these significant and transformative efforts for the field of social work.

Sincerely,

John S. Brekke, PhD
Professor Emeritus of Social Work
Suzanne Dvorak-Peck School of Social Work
University of Southern California



# UNIVERSITY OF MICHIGAN
## SCHOOL OF SOCIAL WORK

John Tropman
Henry J. Meyer Collegiate Professor Emeritus
University of Michigan
Ann Arbor, MI l34-6633411; 724665-3411 fax; 73645-7191 text

Memo To: Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1ˢᵗ Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Memo From Dr. John Tropman
RE: Dr. Marilyn Flynn's Character Reference
October 31, 2022

Your Honor,

I am happy to write a note on behalf of Dr. Marilyn Flynn. I will address the following five points: My Background; How I know Dr. Flynn; Dr. Flynn's Character; the Impact of the Court Proceedings; and My Recommendation.

**My Background:**

I have been a University Professor all my professional life, beginning with a Sociology and Classics in Translation Major at Oberlin (AB1961); the University of Chicago (AM, Social Work Administration, 1963); and a PhD at the University of Michigan in Social Work and Sociology, 1967). I have taught on the "macro" side of social work (Community Organization, Administration, Policy, and Evaluation), beginning in 1965 at the School of Social Work, and retiring in 2016. (Though I am continuing to teach and do research there.)

I have also taught in the Business School (Management and Entrepreneurship, winning the $25,000 Zell Lurie Prize for the teaching of entrepreneurship in 1986), as well as in the Executive Ed. Programs at the UM and Carnegie Mellon. Additionally, I have given courses at the University of Houston, Notre Dame, and USC. At USC I was helpful in developing the new DSW Program, which Dr. Flynn started.  I am just completing my 52nd book, Fixing Broken Meetings, which is coming out in early 2023.

In addition to substantial scholarly work, I have served as Chair of five Advisory Committees to different UM Executive Officers, served as the Chair of the Economic Status of the Faculty Committee, (twice), Head of the Institute of Gerontology, Acting Dean and Associate Dean of the School of Social Work. Additionally, I run my own private Consultancy High Quality Decisions.

**How I Know Dr. Flynn:**

I have known Marilyn since the middle 1980s, when she joined the faculty at the University of Michigan School of Social Work and had an office next to mine. We shared a collegial relationship, discussing, ideas, books, classroom issues, materials, and plans for our futures. Because her office was next to mine, I could not help but notice the streams of students coming to her office for academic advice, discussion of course issues and personal ones as well.

She was always available – her door was always open, and she had a wonderful reputation among faculty and students. Her first instinct was to be helpful, in ways both small and large. We shared an interest in entrepreneurship, innovative ideas, organizational change, and Budgeting.  I still use her paper on budgeting in my course on Budgeting and Fiscal Management.

Dr. Flynn is an enterprising spirit. She is tough, honest, and forthright, as exemplified by her guilty plea and acceptance of responsibility. She has always been motivated by the search for constant improvement of her students, her organization, and society at large—never for personal gain or aggrandizement.

Additionally, Dr. Flynn has been a champion of the importance of leadership and management training for social work administrators, something sorely lacking in our field, and herself has mentored dozens of leaders of Schools of Social work and other educational departments and agencies across her career. She was President of the National Network of Social Work Management, and she was among the founders of the Academy of Social Work and Social Welfare, where I also served as Secretary.

**The Impact of the Course Proceedings:**

The impact of the court proceedings and trial by publicity has been a devastating blow to Dr. Flynn. I believe she has accepted her responsibility.

**My Recommendation:**

Considering what I know and have shared, I would recommend Community Service or Probation.

Please contact me if I can be of further help.

Sincerely,

John Tropman

October 30, 2022

Honorable Dale S. Fischer

First Street Federal Courthouse

350 W. 1st Street

Courtroom 7D

Los Angeles, CA 90012-4565

Dear Judge,

This is a letter of reference for Marilyn Flynn, whom I have known for over twenty years.

Let me introduce myself. My name is Kathleen Kavanagh. I grew up in Pasadena, where my mother was a history teacher and my father a Professor of Nuclear Physics at Caltech. Both parents were the only members of their family to attend college.

I have a degree in Business and Management, and my husband was an engineer at JPL. My career of 40 years was in banking, where I practiced several specialties, including Human Resources, Cash Management, Corporate Lending, and ultimately as a Relationship Manager for large non-profit entities.

I served on several boards, including Rotary and as a voting member of the Union Bank Foundation. It was when I was invited to serve on the Board of Councilors of the USC School of Social Work that I met Dean Marilyn Flynn.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Dean impressed me with her style of leadership. She is down-to-earth and inclusive. The board's role was to consult and advise the Dean. Many boards are setup to slavishly endorse the work of management, but Marilyn Flynn sought and encouraged our honest opinions.

She made an effort to create a board that was diverse and came from many walks of life, with different professions, genders, religions, ethnicities and political views. Only two members had degrees in social work.

She also made an effort to educate the board on current social issues and how the school's curricula and research addressed these issues. We received in depth presentations from key faculty on their specialties, and had off-sites where we mingled with both faculty and students.

This diverse and well-informed board was better able to give the Dean valuable feedback as she planned the direction of the school. As a result of her leadership, the school entered the ranking of Top 10 Schools of Social Work nationwide for the first time (per US News and World Report).

I became Chairman of the Board during this time of innovation. Marilyn piloted Distance Learning by partnering with 2Tor (aka 2U), the gold standard in graduate online learning. This enabled the school to attract students from all over the country. This was years before Covid and Zoom normalized this approach.

Marilyn innovated a program to train social workers in Military Social Work.  She pioneered a robotic online therapist, using new virtual reality software, for use in far flung locations such as Iraq and Afghanistan.

Marilyn did outreach to Asian students, a population rarely seen in social work.  She established ties to Korea and Taiwan.  The board traveled to South Korea and met with the President and key academics to introduce social work as a profession.  This increased the number of Asian students enrolling in the Master's program and improved overall diversity.

Marilyn developed internships in a variety of non-profits in Los Angeles, including with the Weingart Center (serving the homeless).  These internships were mutually beneficial.

Perhaps this is all too detailed (I am, after all, a professor's daughter).  But the crux of the matter is:

Marilyn was (and is) an inspiring leader, creative, visionary and strategic.  She raised the profile of the school nationally and internationally.  Her earnest goal was to train and release the most qualified and diverse social workers into the community.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On a personal level, Marilyn and I became friends after we both retired, and after our husbands died.  We share an academic background, and a wide-ranging set of interests.  We love classical music and attend the Pasadena Symphony together.

We sometimes walk her dog together.  We enjoy charcuterie and red wine.  She does Pilates 3 x week. (I do yoga.)  She is studying to become fluent in Italian, which I admire in an 80-year-old.  We both support nonprofits, such as KPCC and KUSC, and the World Affairs Council.

With no fanfare, Marilyn has become a doting godmother to the son of her Filipino housekeeper.  She mentors him, encourages him, and helps him understand the American culture.  She pays his private school tuition, and buys his clothing and books.  He has blossomed under her support, and will have a shining future thanks to Marilyn.

Marilyn is deeply affected by the charges against her, and now the conviction.  She has examined herself, her actions, and mistakes. She is a thoughtful person, and does not excuse herself or engage in denial.

I think many "friends" have abandoned her.  I feel compassion, as I think she is a fine person, and this is an unfortunate end to an illustrious career.

Thank you for your consideration in reading this letter.

Sincerely,

Kathleen Kavanagh

# ♛ COLUMBIA | SCHOOL OF SOCIAL WORK

October 25, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Your Honor:

I am Murali Nair, Adjunct Professor of Leadership, Management, Entrepreneurship at the School of Social Work, Columbia University. Over my 45-year academic career, I served as an undergraduate, graduate, and doctoral faculty and administrator at five universities in the United States and as a Distinguished Visiting Professor at three overseas universities. In my last two positions, I was the Clinical Professor of Social Change and Innovation at University of Southern California (2012-2020) and a Professor and the Director of the School of Social Work at Cleveland State University (1992-2012). My last two academic credentials include MS in Computer Science from the New York Institute of Technology and Doctorate (Ph.D.) in Social Welfare from the Columbia University. My wife and I married for 49 years are the proud parents of three adult children (Physician, Artificial Intelligence specialist and Media specialist) and five grandchildren. Some of my community involvement include a senior Fulbright scholar and a member of the White House – President's Volunteer Service Award selection committee.

Dr. Marilyn Flynn as the former Dean of the University of Southern California School of Social Work, as per the recommendation of the selection committee, offered me a position as the Clinical Professor in August 2012. I accepted this position and stayed on till December 2020. Though majority of my responsibility involved teaching in classroom setting. Marilyn as a Dean, encouraged me to excel in my tasks and over the years, able to accomplish several awards, such as Distinguished Faculty Award for Excellence in Teaching, Service to the University, the School and the Community, University of Southern California (2019, 2015, 2014), The Frances Feldman Excellence in Education Award, The California Social Welfare Archives (2017), National Policy Fellow Lead Mentor Award: National Network for Social Work Management (2017), Distinguished Mentoring Award: CSWE-APM conference in Denver (2018). Moreover, though as a Clinical Professor, I am not expected to publish, Marilyn's inspiration resulted in my publication of three books and two dozen journal-book chapter article publications and presentation of peer reviewed papers at national and international professional conferences in a span of eight years.

As the administrator of the school of social work, Marilyn remembers to send out birthday wishes to all faculty and staff and once a year invite all of us, including the family members to her residence for a new year celebration. In the eight years of my association with Marilyn, she was kind enough to accept a dinner invitation to our residence, almost 30 miles from the campus and interacted with my wife, children, and grandchildren.

In the social work profession, Marilyn was one of the leaders involved in establishing an "American Academy of Social Work and Social Welfare", compatible to the Academy of Arts and Sciences and at one time she was the President of this academy.

**37**

In 2013, I had the honor to nominate Marilyn for the President's Volunteer Service Award. Marilyn's commitment to helping others and making new connections that bring us closer together as part of the USC School of Social Work family was one of the highlights of my nomination effort. Her demonstrated commitment and example inspired others to engage in volunteer service and make service a central part of our lives. I am happy to note that, my nomination resulted in Marilyn receiving this award.

I strongly believe that the recent court proceedings made Marilyn to be humbler. I sincerely feel that compassion in sentencing is very appropriate by observing decades of her dedicated service to our social work profession and keeping in mind Marilyn's age.

If I can provide further information, please do not hesitate to contact me on my mobile phone: 440-781-1113 or on my e-mail: mdn16@columbia.edu

Sincerely,

Murali Nair, Ph.D.
Adjunct Professor of Leadership, Management & Entrepreneurship

1255 Amsterdam Avenue  New York, NY 10027-5997

Patricia Balasco-Barr, MSW

10324 Swan Lake Circle

Ypsilanti, MI 48197-7270

October 17, 2022


Honorable Dale S. Fischer

First Street Federal Courthouse

350 W. 1st Street

Courtroom 7D

Los Angeles, CA 90012-4565

RE:  Dr. Marilyn Flynn

Dear Judge Fischer,

About 34 years ago I was directed by the State Director of the Michigan Department of Social Services that I had to attend a meeting with Dr. Marilyn Flynn of the University of Michigan School of Social Work and a representative of the Junior League of Grosse Point. Regarding a special research project. A combination of foundations, non-profit organizations and the Office of Child and Family Services funded the Youth Initiative. At that time, I was the director of the Wayne County Office of Children and Youth Services (the 4th largest county child welfare agency in the country).  I had an attitude about what could the Junior League of Grosse Point and someone from the University of Michigan have to do with child welfare placement decisions in Detroit/Wayne County.  Marilyn Flynn opened my eyes and mind to how we were not seeing the manner in which young people entered the juvenile justice system and that racial basis often led to unnecessary detention of children of color. Dr. Flynn's research, funded by the Junior League, led the court, police agencies, and child placing agencies to look hard at how placement decisions were being made. Her research led to reviews and changes in placement decisions.  So began a long and continuing professional work experience and personal relationship with Marilyn Flynn.

Over the years, I have been an administrator of a state child welfare agency (New Jersey Division of Youth and Family Services), administrator the Youth Services Administration in Washington, DC, the superintendent of Maxey Boys Training School (Michigan), principal of a charter school for at-risk youth in Washington, DC. In my retirement years I have been adjunct faculty in the Schools of Social Work at Virginia Commonwealth University (graduate program) and George Mason University.

Oftentimes Dr. Flynn shared with me the policy and program direction that would enhance improved outcomes for children and their families. I integrated some of those ideas and suggestions into my management practice. Dr. Flynn has been an active member of the National

**39**

Association of Social Workers and has been honored by the Association for her activist and advocacy for social work practice and policy. Dr. Flynn has been an advisor to the federal office of the Administration for Children and Families.

I served on the MSU School of Social Work Advisory Committee. Her leadership at the School of Social Work at Michigan State University helped the school, in my opinion, move to a more community-based practice.  Dr. Flynn helped the public child welfare system develop improved outcomes and increased their professional practice standards.

In the situation before the Court, I don't believe the intent was ever to do wrong. There is a consequence that will be levied. The consequence levied needs to consider the many years of exemplary service to universities and the community. Dr. Flynn has worked tirelessly for social justice.

Marilyn Flynn is a friend of mine.  She came to my wedding when she had a broken rib. We both married men who supported us in our professional lives and they, in turn, became long term friends. We've met at conferences, enjoyed visits to the east coast (Marilyn), and our visits to the west coast.  It was always a good time.

Dr. Marilyn Flynn is a competent, compassionate, well-learned professional who has advocated for social workers, for students and for communities. She is respected in the field of social work (I listen to others who talk about her) and has been my mentor, friend and a woman I am proud that she is and has been an influence in my profession and in my life.


Sincerely,

Patricia Balasco-Barr

Patricia Balasco-Barr

## MICHIGAN STATE
# U N I V E R S I T Y

October 14, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Dear Judge Fischer –

My name is Paul Freddolino. I am a professor in the School of Social Work at Michigan State University (MSU), where I have been employed since 1979. My wife and I raised our two sons in the community of Okemos, Michigan, where we were active in the public school system as the boys were growing up.  Now we try to be supportive to them as they raise their children, three in Michigan and two in Washington State.

I first met Marilyn Flynn early in 1992. At the time I chaired the Search Committee seeking a new director for the School of Social Work, and Dr. Flynn was one of our four finalists. The Committee and then the entire faculty ranked her as our first choice, and she was ultimately hired for the position. She received a five-year contract and was active in her leadership of the School for the full term until she left to assume the Dean's position at the University of Southern California (USC) in 1998. In the years since that transition, we have maintained yearly contact at professional meetings.

One thing that stood out about Dr. Flynn's leadership during the five-year period at MSU was how dedicated she was to serving underserved populations and she was universally praised for the positive outcomes she achieved for those populations.  Working within the School, she wanted to build strong teams and consistently sought opportunities to advance the careers of her faculty, and to reward those who worked hard to advance the mission of the School.

The area where she and I worked most closely was in developing and implementing the first Master of Social Work (MSW) program in the nation offered entirely through the emerging technology of interactive video, what we today call videoconferencing. Her goal was to offer entirely new professional development opportunities in service of rural and other hard-to-reach communities.  The first program enabled students in Marquette, Michigan – about 400 miles from campus – to complete their degrees while remaining at home with their families and serving their communities. When she became Dean at USC, Dr. Flynn's visionary work in advancing



**School of
Social Work**

College of
Social Science

655 Auditorium Road,
Room 254
East Lansing, MI
48824-1118

517/353-8616
Fax: 517/353-3038
www.socialwork.msu.edu

MSU is an affirmative-action,
equal-opportunity institution

the use of technology to expand access to social work degree programs led her to develop one of the largest online MSW programs in the nation.

Dr. Flynn was strategic in enhancing the position of the MSU School of Social Work within the College of Social Science and the larger University structure.  She 'punched above her weight class.' This required using relatively modest resources to support events with a large public footprint, resulting in an improved image of the School among key groups within the university and the broader mid-Michigan community. These activities also generated research funding and private donations in support of the work of a growing faculty.

Based on my work with her, I would describe Dr. Flynn as a visionary leader committed to improving both the social work education community she has served for 40+ years, as well as the lives of the people in 'real' communities served by social work graduates. Through her financial support and leadership she has helped to focus the field of social work on the 'grand challenges,' a set of problem areas that define the lives and needs of the people we serve.  Examples include closing the health gap, and harnessing technology for social good. Through the efforts of Dr. Flynn and other deans and social work leaders, the best scholars and practitioners continue to investigate approaches to address grand challenges and improve the lives of the most vulnerable individuals and communities.

Another example is the work she encouraged and supported to bring the potential of virtual reality technology to address the needs of veterans, particularly younger veterans returning from Iraq and Afghanistan with serious emotional and behavioral challenges. In 2010, Dr. Flynn led the School of Social Work into a partnership with the USC Institute for Creative Technologies to train and prepare social work students to address the mental health needs of returning veterans. Through this collaboration USC became recognized as a pioneer in this field, inspiring the development of other centers around the country.

Dr. Flynn has demonstrated a lifelong commitment to community service and I strongly believe that a probationary sentence that would allow Dr. Flynn to continue serving her community is in everyone's best interest.

I hope these reflections are helpful in understanding Dr. Flynn's career and perspective. Please do not hesitate to contact me if I can be of further assistance. The most direct way is by email: freddoli@msu.edu.

Respectfully submitted,

Paul P. Freddolino, Ph.D.
Professor

Dr. Robert A. Cutietta
Thornton School of Music
University of Southern California
840 W. 34th St.  #403
Los Angeles, CA 90089

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

October 19, 2022

Your Honor:

I was dean of the Thornton School of Music at USC from 2002 until this past June when I stepped down after four consecutive terms (five years each) to return to the faculty. I have devoted the past 47 years to educating the next generation of musicians, first as a middle school public school music teacher and then as a college professor and finally an administrator. I am married with three grown children (all in education) and five grandchildren.

I met Marilyn Flynn when I came to USC in 2002.  She was at that point an experienced dean who I looked up to for guidance and advice. I quickly learned that I was not alone. She was considered "the leader" of the deans and was highly respected for her willingness to help the rest of us, her sense of humor, her leadership skills. her dedication to students and faculty, and perhaps most important to this conversation, her role as our own "Jiminy Cricket".

In conversations and debates over the many issues that dean's face, it was always Marilyn who would keep us focused on what was important in any conversation: *What is good for the students? What is good for the faculty? What is good for USC?* and *What is the "right" thing to do?* These were the questions she always made sure we stayed focused upon. *Always.*

When I first heard of the charges against Marilyn, and later, her confession of guilt, it was hard for me to make any sense of what I was hearing. This was not the Marilyn I knew and worked with for many years. I am not questioning the verdict. However, I am positive her actions in this case were not her norm. At the end of the day, even the best of us is merely human. We all have a point where the pressures we are enduring make us lose sight of our internal compass, no matter how strong it is or was. It may be helpful for you to know that at that point in USC's history all deans were under extreme pressures.

1

I had no contact with Marilyn during this ordeal, but when I read about her guilty plea, I knew she had to be devastated. I reached out to see how I could comfort her.  She explained that this was the hardest thing she ever had to endure. I am confident she has "learned her lesson" and she is back on track as the respectable and respected person we all knew and know.

Sincerely,

Dr. Robert Cutietta, Professor

Former Dean, USC Thornton School of Music

2

Selma Holo
1165 North Michigan Avenue
Pasadena, CA 91104

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565


October 23, 2022


Re: Dr. Marilyn Flynn, Character Reference


Your Honor,

I am humbled to be asked to provide a character reference for Dr. Marilyn Flynn, someone I have known as a colleague and a friend for many years in her position as Dean of Social Work at USC.

I recently retired from the University of Southern California where for forty-one years I was the Director of the USC Fisher Museum of Art and in the most recent five or so years, the Executive Director of all USC Museums. I was also a Full Professor of Art History at USC, ran the School's Graduate Museum Studies Program, and founded and directed its Dornsife College International Museum Institute. Before that, I was Curator of Acquisitions of the Norton Simon Museum in Pasadena. And before that, a lecturer in Art History at the Art Center College of Design in Pasadena. I am married. I have two sons and four grandchildren. In my capacity as an educator, I have trained hundreds of students to be curators, directors and educators in our nations' museums.

I have a strong relationship with Marilyn Flynn and have known her since she became Dean of USC's School of Social Work. Although we worked in different fields, Dean Flynn provided a significant contribution to the Arts community at USC. For example, she was Head of our Gallery Advisory Board for 5 years. In that role she was always extremely generous and smart and kind – helping us to function more efficiently and more graciously in our campus cultural leadership role. Dr. Flynn's major contribution, above and beyond the pragmatic, was pushing our museum into a stronger social justice posture. She and I attended all of the Provost retreats together over many years and she was always the Dean with the freshest ideas and the broadest view of how USC could be better and more useful to our larger community.

1

Rather than provide merely my impressions of Dr. Flynn's character, I wish to communicate some facts of her character. She is one of most contributing members of the community that I know. She worked with Provost Michael Quick as part of a joint effort to eliminate homelessness in LA. Intractable problem that it was and is, she helped make the campus and our larger LA community aware of the dimensions of the problem, which was of enormous value to the community as a whole. She has always been respected by everyone with whom she came into contact for her creativity, her resoluteness, and her intentions to better society by whatever she could contribute.

The impact of the court proceedings have been devastating on Dr. Flynn and, by extension, her whole family. I believe she has learned from the situation. I do not believe what she had to learn was how to be a moral and ethical member of society. But instead that she has to be careful and more detail oriented in her actions. She was careless; she made a mistake; she admits it; she is filled with remorse. But I continue to believe that she wasn't paying attention – and that was her biggest sin.

In considering Dean Flynn's sentence, I would argue for compassion for a woman whose whole life and career has been based on helping others live fuller, stronger, healthier lives.

Thank you for reading this. I appreciate your time.

Sincerely,

*Selma Holo*

Selma Holo, Ph.D.
Executive Director Emerita USC Museums

**Yawen Li**

1685 N 1ˢᵗ Ave
Upland, CA 91784
213-675-3972

Oct 12, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1ˢᵗ Street
Courtroom 7D
Los Angeles, CA 90012-4565

Your Honor,

My name is Yawen Li. Currently I am a professor of Social Work at California State
University San Bernardino (CSUSB). Before joining CSUSB in 2020, I worked as Assistant
Professor (2009-2016) and then Associate Professor (2017-2020) at School of Social Work,
San Diego State University (SDSU) right after I graduated from University of Southern
California (USC) with a PhD in social work. I met my husband Jay Chok at USC, then a
doctoral student at Marshall Business School, now an associate professor of Management at
Keck Graduate Institute in Claremont, California. We live in Upland with our two boys,
Adam and Hugo aged 11 and 7. In addition to our professional life of teaching and research
at our respective universities, we are also active in our community, spending time serving in
Parent Teacher Association in our kids' school and in our home church, St Marks'
Episcopal Church Upland.

I was born and raised in mainland China. After getting my Master of Social Work
(MSW) from the University of Hong Kong, I came to USC for my doctoral study in 2003. I
was very fortunate to come at an exciting time for doctoral students of social work at USC
because Marilyn Flynn as the Dean then was determined to heavily invest in the doctoral
program. We were given the best room with spacious space and new computers and printers
in the new building which Marilyn spent years to raise money for. All the doctoral students
were provided with scholarship which covers all the tuition and stipend, as well as generous
travel fund to attend professional conferences every year. Marilyn also invested money in
international research projects which allowed doctoral students to participate so that they
can use the data for their doctoral dissertations. She even hired a professor from the School
of Theater to coach us on presentation when we were on job market interviewing for jobs.
Her investment paid off. My cohort of 6 all graduated on time. At the time of graduation, we

all had landed either tenure-track jobs or post-doctoral positions in prestigious schools, which is the first in the history of doctoral program of social work at USC.

As an international student who only visited Los Angeles once during a 2-day campus visit after I received the admission letter, I worried about the high living cost and safety around USC campus before I accepted the offer. I expressed my concerns to then Doctoral Program Director, Professor Bruce Jansson. Unexpectedly, he communicated my concerns to the dean. Marilyn followed up by sending me an email and inviting me to stay in her house in Los Feliz, a safer neighborhood. I wrote email back thanking her and told her another girl (Qiaobing Wu, now an associate professor of social work at Hong Kong Poly University) from HK was also accepted and were in the same situation as I was. She replied immediately and generously offered to host Qiaobing as well.

When I arrived in August 2003, there were three girls including me from China living in her house. It turns out a MSW student (Jia Hu) from China also needs help with accommodation and Marilyn just took her in as well. Marilyn understood the financial difficulty we faced, but more importantly, she was concerned about our safety and adjustment to a totally different country. Once we settled, the first thing she taught us is driving. She said that's the number one surviving skill we must learn in Los Angeles. She would bring us to an empty parking lot near Griffith Park and started her instruction. Once we got our learner's permits and mastered basic driving skills practiced at the parking lot, she had us take turns driving her car from her house to USC in the early morning when there's less traffic. A few years later when I taught my husband how to drive, I appreciated more than ever the patience and dedication she had for us, but particularly her courage of sitting in a new driver's car in LA traffic.

Three of us Chinese girls who lived in her house during the first semester had a very special experience starting our new life in US because of Marilyn. She intentionally planned all kinds of activities for us such as celebrating Thanksgiving and Christmas at her cousin's house in Orange County, taking us to Santa Monica beach, movies and operas, and Disneyland. She made our adjustment to the new county less painful and more successful. I truly believed she treated us special until I met other people she helped. Before we moved into her house, a young faculty who moved from Texas to join USC stayed in Marilyn's house for a few months while she was looking for a place to rent. Marilyn set up education account for her housekeeper's little girl who called her grandma, and she also researched and paid for summer camps to send that little girl to. After we moved out, she continued to offer help to other international students she encountered. Everyone she helped and encountered has some special experience and story to tell about her.

Other than helping us settle and adjust to our new life in every way she can, Marilyn also showed tremendous interest in our study. One incident I still remember clearly is the time I was scolded by her in the car regarding my plan to conduct a study without applying for approval from Institutional Review Board (IRB) first. Coming from China in early 2000, research ethics and IRB review were not something people talked about often. I didn't take it seriously when I first learned it in class, instead, I regarded it as stumbling block which I could get around on my way to do research. Once Marilyn heard about my plan, her face

changed and she turned into a serious tone which I had never heard before, on that day, in the car, she gave me a long lesson on that topic. Now as I serve on the IRB board at CSUSB, I can't appreciate her enough for catching me early and putting me on the right path for doing ethical research.

Working as a faculty in social work for over a decade, I found that many of my thinking on social work profession in general has been influenced by Marilyn because I witnessed how she approached innovations and pushed social work profession to many new territories over the years. I also witnessed how the direction of social work profession has changed and evolved because of her ideas and relentless efforts. In my own supervision of student research, I found myself more open minded than others in encouraging students pursuing non-traditional topics. One of my current students studied how theater artists used art to serve social activism purpose and to address diversity, equity, and inclusion issues in our society. Incorporating art into various social work practices such as treating physical and emotional pain was championed and invested under Marilyn's leadership many years ago. I am in talk with faculty from Business School in our university on a proposal to start a dual degree program of MSW and MBA with the hope that students gain necessary social work and business training so they can design and start sustainable social service programs using market resources instead of over reliance on government funding. The MSW/MBA program at USC which Marilyn initiated years ago is the go-to template I would use as reference. As one of the founding members, Marilyn helped to initiate Grand Challenges for Social Work in 2013, a groundbreaking initiative to champion social progress powered by science. Since then, Grand Challenges initiative has been guiding the research and practice interests among faculty and students across the county.

I met Marilyn for a lunch gathering in Summer of 2021. She looked thinner, probably lost quite some weight. She was in good spirit throughout our lunch, however, I can feel the case has always been in her mind and put a heavy weight on her shoulder. Last time we talked, she told me her judgement lapsed in that case and that's a mistake she should never make. I believe she has taken time to reflect on this experience seriously over the past few years and learned her lesson. I have known Marilyn for almost 20 years. I have personally benefited from her generosity, her guidance in my professional life, and walked many innovative paths she paved for new generation of social workers. I believe she didn't violate the laws with the intention to benefit herself personally, but in pursuit of her ambition of uplifting social work profession to face the great challenges faced by American society through innovations and science, her ambition clouded her judgement, and she made a mistake which she feels shameful and regrates tremendously now.

It is my sincere hope that the court could take this letter into consideration at the time of sentencing. Given Marilyn's advanced age, the character she showed to many people around her and whose lives she has improved, the meaningful contributions she made to the social work profession, I strongly believe that compassion in sentencing in appropriate in this case.

Sincerely,

Yawen Li, PhD, MSW
Professor
School of Social Work
College of Social and Behavioral Science
California State University, San Bernardino
5500 University Parkway
San Bernardino, CA 92407-2318 Office: SB415
Email: yawen.li@csusb.edu Tel: 909-537-558

October 18, 2022

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Dear Judge,

I have lived in Los Angeles since 2000.  My family and I came to LA because I was hired as the dean of the USC Rossier School of Education.  I met Marilyn Flynn before actually moving here because she chaired the search committee seeking a new dean for Rossier.  My first impressions of her as a warm, helpful person were born out when I met her in person shortly after arrival in this city in August of 2000.

My husband and I moved to LA from Lawrence, Kansas, where I was dean of education at the University of Kansas and my husband was a professor.  Marilyn and her late husband Horace did many things to make us feel welcomed in our new hometown.  We bought our house in Highland Park/Mt. Washington and have lived in it since arriving.  I have many times experienced Marilyn and her family making us feel at home after living in a small college town in the mid-west.  For example, on New Year's Eve of 2000, Marilyn and Horace invited us to the Getty Center at dusk to walk the grounds to see the beauty of the architecture and the changes in the landscape and the Pacific at that time of day.  My elderly mother was also included in this gathering and she felt so good about Los Angeles and meeting Marilyn and Horace that she quit worrying about our living in such a big city where no one would know us.  Marilyn Flynn was responsible for that.

Over the 17 years that Marilyn and I overlapped as deans, we collaborated on many community-oriented projects and initiatives.  One of the first was the Greater Crenshaw Education Project (GCEP) which was a partnership with the Los Angeles Urban League, Los Angeles Unified School District (LAUSD) and the schools of education and social work.  Faculty from the school of education and the school of social work worked with Crenshaw High School teachers, counselors and parent groups to improve services to students and families, to improve the teaching and learning outcomes, and to help Crenshaw High regain its regional accreditation.  Dean Flynn and I sat on the GCEP governing board with leadership from the Urban League, the school, parent councils and the teachers' union.  Marilyn Flynn brought her knowledge of the social services community to the school as well as many social work interns who provided services for the Crenshaw community while the interns gained invaluable experience as novice social workers.  This was an example of a win-win situation because each group gained something they wanted from the partnership.  It was an important lesson for me

in how to negotiate working with a local school in the country's second largest school district, a district that needed many things, without the parents and teachers feeling like we were telling them what they needed.  While Marilyn wasn't solely responsible for this outcome, she contributed expertise and empathy to the partnership.

Another example of Marilyn Flynn's commitment to working in partnership with community groups came with the first census to be taken of the homeless.  Marilyn volunteered to raise awareness on campus and in the neighborhood about the importance of knowing an accurate count of the number of unhoused individuals.  Working with the University's community team and her own, she got dozens of students from all schools and departments across campus to volunteer to perform the census duties.  She assisted in helping our students understand both the economic realities of knowing how many people were living on the streets around USC but also demonstrating that there is something individuals can do to make a difference and a contribution to social problems like homelessness.

As a social worker, Dean Flynn has experience as a problem solver and in matching resources to the needs of individuals and groups.  I have two examples that show her capacity to doing something to make a situation better.  First, USC has 18 academic deans who lead their schools as both the academic leaders and the managers of resources.  In organizational terms, we are mid-managers, interpreting the University's priorities to faculty, students and staff and representing our own school's goals to the president, provost and board of trustees.  We have fiscal responsibility for the financial health and well-being of our schools also.  Even though I had six years' experience as a dean at the University of Kansas before coming to USC, I still struggled early on in my 20-year tenure as dean to be successful in this role.  Marilyn Flynn was an informal mentor to me and many other new deans.  This mentorship extended to a more formal leadership role when she organized an executive committee of deans to advise the provost on academic and policy matters.  This had never been done before at USC.  It was brave of her to form this group because it could have been seen as a threat to the provost's authority.  We voted on a three-dean leadership team, and Marilyn declined to run for a seat because she knew it could potentially jeopardize the group's continued existence.

In closing, I want to address the impact of the last several years on Marilyn.  I did not speak with her for a long time, after the charges were brought against her.  That was at her choosing and I believed she needed space to process what was going on.  During the last 18 months, my husband and I have once again begun seeing her.  I believe these court proceedings have been very difficult as evidenced by her physical appearance.  She has aged in appearance.  When she speaks of the charges or the other individual involved, she is not bitter and she doesn't shy away from acknowledging what she has done or what is written about her in the newspaper.  She speaks of moving forward with her life, of savoring the time she has left and of contributing through scholarship to her profession.

I do believe that probation with community service would be an appropriate sentence.

Marilyn Flynn has much to give to the wider community of Los Angeles.  I hope the court acts with compassion and allows her to do so.

Respectfully,

Karen Symms Gallagher, PhD
Professor, USC Rossier School of Education

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA  90012-4565


Dear Judge Fischer:

My name is Lois Rosby and I was employed at the University of Southern California, School of
Social Work until my retirement July 31, 2019. I have a Master of Business Administration
degree and prior to coming to USC I served in a management role for Pacific Bell and AT&T. I
am married to Gary Lewis, Sr. and we have been married the past 22 years. I am a long time
member of the West Angeles Church of God in Christ under the leadership of Bishop Charles
Blake, Sr.  I am a breast cancer survivor and very active with the American Cancer Society.

I met Marilyn Flynn in 1997 when she was hired as the dean at the School of Social Work. I
worked closely with her as her Executive Assistant until April, 2001 when I married and moved
to Kansas. My role as Executive Assistant to Dean Flynn required working closely with her and
being privy to the inner workings of a dean. I saw first-hand how she managed sensitive
materials and issues.

I moved back to Los Angeles in late 2007 and was again employed at USC. I became an
employee at the USC Marshall School of Business in 2008 and worked there until August 2011.
In August, 2011 I was hired as the Program Manager for the USC School of Social Work Virtual
Academic Center and worked there until my retirement in 2019.

When Dean Flynn was hired, I was already working as the Executive Assistant for the current
dean, Rino Patti.  When she came on board she asked me if I was interested in staying and
working for her. During her interview with me she expressed her vision for the school and what
she wanted to accomplish since the school at that time had a low enrollment rate and was in
jeopardy of being dismantled and merged with another school. She had her work cut out for her
because she not only needed to increase enrollment, but also to hire high quality research faculty.
She accomplished this but now faced another obstacle. With more students and more faculty
there was a need for more office space and classrooms. She began working with Development
and various donors and was able to build an annex to the Montgomery Ross Fisher building. The
School of Social continued to grow and to accommodate the additional students and faculty she
leased four floors off-campus.

Marilyn Flynn was the first female dean for the School of Social Work and was initially met with
some hostility from some of the tenured faculty. Given that the School of Social Work was
established in 1920 and Dean Flynn was the first female hire speaks volumes. In my view, it
meant that she had to be twice as good as the male applicants. I know that being a woman and
coming from Michigan was tough for her, but she was able to gain the full respect of the faculty,
staff and students who were unaccustomed to reporting to a woman.

I came to know Marilyn Flynn as being a woman of her word, direct, straight-forward and
always dedicated to improving and strengthening the School of Social Work. Her goals and

visions were always designed not to help herself, but to help others and promote the overall mission of the school. I constantly witnessed her commitment to aid and assist others for the betterment of USC, the school, students, faculty and the Greater Los Angeles community. She helped so many students reach their goals and assisted professors with their research and careers. I could clearly see that she had a great concern for the welfare of others and she prioritized equity, diversity, and inclusion. She wanted the School of Social Work to be strong and viable and I saw how she viewed the challenge of ensuring that there was diversity within the school. The racial diversity of the school increased throughout her tenure, and Dean Flynn never hesitated to employ her years of experience, her expert skills, knowledge, and leadership abilities to accomplish that.

I believe Dean Flynn's biggest accomplishment was the establishment of the Virtual Academic Center. This was the on-line program that allowed students from all over the country to participate virtually and obtain a Master in Social Work (MSW) degree. She later added a Doctorate in Social Work (DSW) and a Master of Science in Nursing (MSN) degree.

Dean Flynn always wanted the School of Social Work to be a key player nationally and internationally. Some of the organizations she was prominently involved with were the National Association of Deans and Directors, the Council on Social Work Education and the National Association of Social Workers where so many lives of students, professors and social programs benefitted in a positive manner.

Your Honorable Judge Fischer I implore the court and all its highly distinguished officers to grant Marilyn Flynn leniency and offer her probation and afford her the opportunity to use and apply her skills as a social worker in the Los Angeles area. I believe that she will be a great asset doing effective community service. Marilyn Flynn deserves compassion. She put her heart into the School of Social Work, her career and her legacy. We all can look back and find some areas where we misstepped or came up short. She is 84 years old and I am sure, if given the opportunity, will devote her final years to end her legacy on a positive note.

Dean Flynn and her family no doubt have suffered greatly. I know she regrets everything that has transpired and if she is granted the opportunity she will do an exceptional job to redeem herself.

Finally your Honor, I strongly make this appeal because I feel that the defendant, Marilyn Louise Flynn, has lived a life of 84 years free of any illegal activities and deserves a second chance.

Respectfully,

Lois Rosby
Lois Rosby

Matthew P. Zarcufsky, CFRE
2048 Camden Avenue
Los Angeles, CA 90025
310.779.7600 — mzarcufsky@me.com

The Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Dear Judge Fischer:

I write to you on behalf of my colleague, mentor, and friend, Marilyn Flynn. I have had the distinct honor and pleasure of knowing and working with Marilyn since 2012 in my capacity as an overseer of my family's foundation, the Chair of an animal welfare foundation in Los Angeles, and as the National Executive Director of a social service nonprofit organization.

In the decade that I have known Marilyn, she has always put others first, indefatigable in her pursuit of ensuring that the underdog has a fighting chance when most have already given up on them. Marilyn's intellectual curiosity and passion for innovation enable her to view life simply not as it is, but how it should be for all citizens.

Marylin's thoughtfulness and guidance as a volunteer Advisory Council member led my national nonprofit to rethink its mission and purpose statements which has been the leading element to transformational change in an 87 year old organization. She has single-handedly aided in repositioning the organization for future growth and success beyond the 1.5 million individuals we currently serve annually.

Marianne Williamson reminds us, "nothing liberates our greatness like the desire to help, the desire to serve." Marilyn Flynn's desire to serve and desire to help – countless students, faculty, staff, and most important, the most downtrodden of our society – speaks to her greatness in such a more meaningful way than my words could ever convey.

As parents to a 10 year old and a 13 year old, my wife and I often remind them that they can't simply say they are sorry and expect all to be forgiven immediately, but that there must be some contrition on their part. I truly believe that Marilyn is remorseful for her action, however I beg that the court will also see the whole of Marilyn's greatness, her commitment and dedication to the underserved populations, and making the world a better place for all as it weighs her future.

Respectfully submitted

Matthew P. Zarcufsky, CFRE

56



Richard P. Barth
Professor

525 West Redwood Street
Baltimore, MD 21201
410-706-3371

rbarth@ssw.umaryland.edu
www.ssw.umaryland.edu

October 7, 2021

Honorable Dale S. Fischer
First Street Federal Courthouse
350 W. 1st Street
Courtroom 7 D
Los Angeles, CA 90012-4565

Dear Judge Fischer,

I am writing in support of the Marilyn Flynn who I have known for more than 30 years and is someone who I hold in extremely high regard. Marilyn Flynn has been one of the very most innovative and influential leaders in the modern history of social work and has been a very important mentor and colleague to me, during these years.

As background, I met Marilyn Flynn when she was appointed Dean of the University of Southern California School of Social Work in 1997. I was then a chaired professor at UC Berkeley in the School of Social Welfare. I was a leader in developing a research dimension to the California Social Work Education Center's work to prepare a professional child welfare workforce to better served abused and neglected children and their families.

Marilyn was a new dean, and I did not get to know her well, at this time and soon moved to UNC—in part because my wife, Nancy Dickinson, got a great job offer there to run the Jordan Institute for Families, and in greater measure because our children—who we had adopted from foster care—were not doing well in Berkeley. My next connection with Marilyn was when I was at UNC and awarded the Flynn Prize, which Marilyn and her family had established to honor scholars working to advance public policy in pursuit of social justice. I traveled to Los Angeles to accept the award, give a lecture, and meet with PhD students, and spend some quality time with Marilyn. She was, as always, gracious, looking for ways to make social work more influential, and endeavoring to take full advantage of the resources of USC to advance its School of Social Work and help others to find the potential in their schools.

I left UNC to become dean at the University of Maryland School of Social Work in 2006 and my relationship to Marilyn became even more instrumental. She was the featured "trainer" on the topic of "philanthropy and development" for new deans, in an orientation program established by the Council on Social Work Education. She was inspiring to all of us in helping us to think beyond the typical way of funding our schools by talking to our few well-heeled alumni. The scope and scale of her approach was light years beyond what I had observed at U.C. Berkeley or UNC.

She also agreed to be my mentor on the business side of running a school of social work and even came for a site visit, totting a large collection of documents that could help me to set up administrative structures that were suitable for another large school of social work, which we were becoming.

In 2009, Marilyn and I worked together to help create the American Academy of Social Work and Social Welfare—an academy modeled after the National Academy of Engineering (and other scientific academies).  I was selected as the first President of the Academy and served until 2015.  In 2012, I was approached by Marilyn and Dean Edwina Uehara from the University of Washington about establishing an initiative now known as the "Grand Challenges for Social Work" under the Academy.  We did so—and the Grand Challenges continues to this day. Marilyn was on the Steering Committee and, then, Executive Committee until she stepped down following the charges against her. We have continued to do some thinking and writing together as she remains a committed scholar.

Marilyn supported many social work organizations through her strong leadership skills and resources that USC garnered through philanthropic gifts and tuition. USC developed a highly innovative online program that was several years ahead of anything that anyone else in social work had established. This led to a sizable revenue gain for USC but, also, some backlash from the profession which—in a pre-COVID era—did not accept that social work could be taught online. Now, there are scores of online MSW and DSW programs. Her leadership and USC's success inspired the competition that did, later, put financial pressure on USC.

Marilyn also provided leadership to the field with her extraordinary work with the Department of Defense (in developing methods for training social workers to respond to the needs of returning soldiers and soldiers still in theater), to develop telehealth applications, to provide cross-training with the LAPD, and in countless other ways.

She was always extremely generous with sharing her ideas and templates for success.  She took USC to new heights and, in the process, informed all of us about what is possible— almost everything seems so when we watch Marilyn extend her arms and embrace new challenges in her university and in the profession. The entire profession is in her debt for the vision she gave and the innovations that she tested.

She took a special interest in the importance of seeing that social work agencies had the benefit of skilled social work managers.  She served as President of the Board of Directors for the National Network of Social Work Managers (NNSWM).  She organized, funded, and implemented the NNSWM 2007 Institute on Management Training and expanded regional membership of the organization, among other initiatives.  Under her leadership the always struggling-NNSWMS developed a financing and membership model which has sustained it to this day. I am aware that she has also served as president of the Board for the Los Angeles Center for Non-Profit Management, Board Member of the Weingart Center, and president of the Board for the Fisher Art Museum.  I am sure a complete list would be far longer.

2

She also introduced the USC School of Social Work's International Social Welfare Prize for outstanding work in human rights. The first prize was given to Madame Kim Dae Jung, First Lady of Korea.  Dean Flynn has had extensive international engagement throughout her career, beginning with West European Studies and research on social security and moving more recently to intensive program and research development in Asia, particularly South Korea, Taiwan, and China.

I also worked closely enough with Dean Flynn to know that she was highly regarded by those who worked for her.  She had the need for significant administrative support—given the remarkable reach of her activities—and I know that her team was extremely close to her and she to them.

In talking with Marilyn I understand that she knows that she did not suitably handle the situation relationship and actions for which she has pleaded guilty.  I know that this has resulted in an abrupt and difficult end to one of the beneficial social work careers on our profession's history.  I know that she has no intention of resuming that career but also know that she continues to have great capacity for good and whatever activities she engages in she will do with creativity, humor, generosity, and great care.

I believe that compassionate sentencing is merited. Marilyn Flynn has led an exemplary life. She has given her life to service as a social work academic in pursuit of social justice. Along the way, she has helped countless students, faculty, fellow administrators, professionals, and governmental and nongovernmental employees to achieve their aspirations. I would hope that she would not be confined or restricted from any activity as she has a great amount of energy and talent to offer and I see no risk of any kind of recurrence of what she did wrong.

Sincerely,

Richard P. Barth, MSW, PhD
Professor, Past President of AASWSW, and
Chair of the Grand Challenges Executive Committee

3

October 21, 2022

Sarah Christa Butts
2526 Log Mill Court
Crofton, Maryland 21114

The Honorable Dale S. Fischer
First Street Courthouse
350 West 1st Street, Courtroom 7D
Los Angeles, California

Dear Judge Dale Fischer:

I am writing to share my knowledge and experience in working with Dr. Marilyn Louise Flynn. It is an honor to submit this letter, as I have known Dr. Flynn for nearly 10 years, and I have a high regard for her and also the many contributions that she has made to the social work profession.

I live in Maryland, and I am a graduate of the University of Maryland Baltimore County (UMBC), where I earned a BSW in social work, and minor in political science. I hold an MSW from the University of Maryland, Baltimore, School of Social Work (UM SSW). Prior to the pandemic, I was admitted to a PhD program in public policy at UMBC, but I have only completed a few courses. In fact, Dr. Flynn provided one of my letters of recommendation to support my application for admission to my doctoral program. I am divorced, having been married to a military officer in the United States Navy. I have one daughter, who is 20 years old and a sophomore at UMBC, studying chemical engineering. Just a few weeks ago, Women in Government Relations (WGR), a Washington, D.C. based association, honored me with the 2022 Excellence in Advocacy award for "successfully impacting the outcome of a federal legislative or regulatory problem".

I am currently the director of public policy at the National Association of Social Workers (NASW), headquarters office in Washington, D.C.  NASW is the largest social work organization in the world, representing the interests of over 700,000 social workers nationwide, with 55 local chapters in states and U.S. territories. In this role, I am responsible for leading the association's public policy, political and legislative affairs agenda, working at both the national level and with NASW chapters, as well as developing and advancing the association's strategic goals and objectives related to influencing the legislative and executive branches of government.

 I first met Dr. Flynn in 2013, when I was hired by the University of Maryland, School of Social Work (UM SSW) to staff a Grand Challenges for Social Work (GCSW) initiative and direct day-to-day operations of a newly formed honorific society, the American Academy of Social Work and Social Welfare (AASWSW). Dr. Flynn was on the executive board of the GCSW, along with

fourteen other national social work experts and was part of a small leadership group who helped to establish the AASWSW. Dr. Flynn was a mentor to my former boss, Richard Barth, PhD, who was the dean of UM SSW between 2005-2019. Dr. Barth is the founding president of the AASWSW and still serves as ex-officio on the GCSW executive board (2013- present). I was promoted in January 2017 as the first director of the Grand Challenges for Social Work. Between 2013-2019 I worked very closely with Dr. Barth, my direct supervisor, and with Dr. Flynn and the other scholars on the GCSW executive board. Together, we produced a significant amount of work, including, but not limited to: 1) identifying twelve research informed challenges, 2) launching the initiative, 3) development and publishing of 23 associated working papers, 4) establishing associated national research networks, 5) presenting at conferences and 6) writing *Grand Challenges for Social Work and Society*, a book published by Oxford University Press in 2018, which Dr. Barth was an editor, and I was a contributing author, along with Dr. Flynn. The GCSW galvanized the social work profession, is still underway and associated curriculum is being taught in schools of social work across the country. This year, I was invited to join the GCSW executive board---the very committee that I staffed, and Dr. Flynn helped to found almost 10 years ago.

During my time working with GCSW and AASWSW, I spent a lot of time with Dr. Flynn, even though she was on the west coast and my office was on the east coast. We had frequent, typically, weekly project calls and would meet in-person quarterly, with the entire GCSW board at locations across the country. I had the great privilege of learning from Dr. Flynn and witnessing the way she managed work, spurred innovation, collaborated with colleagues, advanced research, and tackled many, many other issues which regard social work and higher education. Dr. Flynn was also a caring boss and treated her staff with kindness and respect, while maintaining high standards for quality work products.  I would be remiss if I did not mention the number of times when I have faced complex problems in my current position and have whispered  to myself, internally… *what would Dr. Flynn do now?*

I am still in touch with Dr. Flynn and consider her a trusted colleague, mentor, and friend. I have deep appreciation for her as a professional and will always cherish the years that we worked closely together. Although I do not communicate with Dr. Flynn as frequently now, we are still in contact, talk by phone periodically  and meet in-person when we have the opportunity.  I would not hesitate to inquire with her for an expert opinion, guidance, or advice. I trust her and look up to her in many ways.

I am certain that the court proceedings and associated media coverage has been distressing for Dr. Flynn and  her family. Indeed, it has been difficult for the entire social work community to witness, as Dr. Flynn is a national leader, emeritus dean of the prestigious USC, Suzanne Dworak Peck School of Social Work and an NASW Pioneer. I am certain that she accepts responsibility for wrongdoing and hope that there will be compassion in sentencing, including such options as a period of probation and/or service.

I want to close by thanking you for the opportunity to submit this letter and for considering its content. Dr. Flynn has committed her entire career to service, and I expect that she will continue to do so, as long as she has the opportunity.

Sincerely,

*Sarah C Butts*

Sarah Christa Butts, MSW