1

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3              WESTERN DIVISION

4     THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

5

6   UNITED STATES OF AMERICA,          )
                                       )
7                   Plaintiff,         )
                                       )
8          vs.                         ) NO. CR 21-485-DSF
                                       )
9   MARILYN LOUISE FLYNN,              )
                                       )
10                  Defendant.         )
     _____)

11

12

13

14          REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16              Los Angeles, California

17          Monday, July 24, 2023, 9:15 A.M.

18

19              Sentencing Hearing

20

21                              PAT CUNEO CSR 1600, CRR-CM
                                Official Reporter
22                              First Street Courthouse
                                350 West First Street
23                              Room 4311
                                Los Angeles, CA  90012
24                              213-894-1782
                                patcuneo1600@gmail.com
25                              www.patcuneo.com

```
1    APPEARANCES:

2    FOR THE PLAINTIFF:    E. MARTIN ESTRADA
                           UNITED STATES ATTORNEY
3                          BY:  LINDSEY GREER DOTSON
                           AND  MICHAEL J. MORSE
4                          AND  THOMAS F. RYBARCZYK
                           ASSISTANT UNITED STATES ATTORNEYS
5                          United States Courthouse
                           312 North Spring Street
6                          Los Angeles, California  90012

7    FOR THE DEFENDANT:    ANDRUES PODBERESKY
                           BY:  VICKI I. PODBERESKY, ATTORNEY AT LAW
8                          818 West 7th Street
                           Suite 960
9                          Los Angeles, California  90017
                           213-395-0400
10                         vpod@aplaw.law
                                    -and-
11                         HUESTON HENNIGAN LLP
                           BY:  BRIAN JAMES HENNIGAN
12                              ATTORNEY AT LAW
                           523 West 6th Street
13                         Suite 400
                           Los Angeles, California  90014
14                         213-788-4340
                           bhennigan@hueston.com
15

16

17

18

19

20

21

22

23

24

25
```

1    **LOS ANGELES, CALIFORNIA; MONDAY, JULY 24, 2023; 9:15 A.M.**

2                              -oOo-

3              THE CLERK:  Calling Item No. 4, Case No.

4    CR 21-485-DSF, United States of America v. Marilyn Louise

5    Flynn.

6              Counsel please state your appearances.

7              MS. DOTSON:  Good morning, Your Honor.

8    Lindsey Dotson on behalf of the United States.  With me at

9    counsel table are Assistant US Attorneys Tom Rybarczyk and

10   Michael Morse.

11             THE COURT:  Good morning.

12             MR. MORSE:  Good morning, Your Honor.

13             MR. RYBARCZYK:  Good morning, Your Honor.

14             MR. HENNIGAN:  Good morning, Your Honor.

15   Brian Hennigan appearing with cocounsel Vicki Podberesky

16   representing Marilyn Flynn.  Dr. Flynn is present in court.

17             THE COURT:  Good morning.

18             Would you approach the lectern, please.

19                  *(Pause in the proceedings.)*

20             THE COURT:  This is the time set for sentencing.

21             I have read and considered the revised presentence

22   report and the addendum.  I've also read and considered the

23   position papers of the parties including the many very

24   supportive letters.

25             Who's going to be handling the sentencing?

```
 1              MR. HENNIGAN:  Your Honor, I'll be speaking for
 2    the defense, Your Honor.
 3              THE COURT:  All right.
 4              Mr. Hennigan, have you had enough time to read all
 5    the documents and review them with Dr. Flynn?
 6              MR. HENNIGAN:  We have, Your Honor.
 7              THE COURT:  Did you explain their contents to her?
 8              MR. HENNIGAN:  We have, Your Honor.
 9              THE COURT:  Do you have any concerns about her
10    ability to understand them?
11              MR. HENNIGAN:  No, Your Honor.
12              THE COURT:  Dr. Flynn, did you get those
13    documents?
14              THE DEFENDANT:  Yes, I did.
15              THE COURT:  Did you read them?
16              THE DEFENDANT:  Yes.
17              THE COURT:  Do you need any more time to read
18    them?
19              THE DEFENDANT:  No, I do not.  Thank you.
20              THE COURT:  Did Mr. Hennigan or Ms. Podberesky
21    explain them to you?
22              THE DEFENDANT:  Yes.
23              THE COURT:  Did you understand them?
24              THE DEFENDANT:  I did.
25              THE COURT:  Mr. Hennigan, do you want to contest
```

1  or change anything in the presentence report other than what

2  was submitted in writing?

3           MR. HENNIGAN:  No, Your Honor.

4           THE COURT:  Is there anything you'd like to

5  address or present in mitigation?

6           MR. HENNIGAN:  I do have a sentencing argument

7  fairly short.  Is this the time for that, Your Honor?  Or

8  shall we talk about the PSR.

9           THE COURT:  No.  Whatever you want to say, now is

10  the time.

11           MR. HENNIGAN:  Good enough.

12           Your Honor, let me start with an area of

13  agreement.  The presentence report -- the government and the

14  defense all agree that this is a case that calls for a

15  probation sentence.

16           The difference is whether there should be

17  additional terms added to that probation sentence but it is

18  the consensus amongst the three people filing things before

19  this Court that the proper sentence would be probation.

20           We urge the Court to impose a sentence of

21  probation without the additional terms of home confinement

22  or any other form of confinement.

23           Under 3553(a)(1), there are essentially two issues

24  for the Court to consider.  We've addressed this in the

25  sentencing memorandum; and for highlighting purposes, let me

1    simply say the first issue is the nature and circumstance of

2    the offense.

3              The Court's had the benefit of having this case

4    tried by the codefendant so you have a very good

5    understanding of what the nature and circumstances of the

6    offense was.

7              Dr. Flynn was the Dean of the School of Social

8    Work at USC.  She felt very strongly that the Telehealth

9    Program, which had been approved and funded by the County

10   for four years or so, should be continued and should be

11   expanded.

12             She approached Mark Ridley-Thomas with that

13   request and the idea of all of this was it was a bad fit to

14   the citizens of Los Angeles County.  It was providing

15   healthcare services to an otherwise underserved community

16   and that was the purpose of making that request to have this

17   done.

18             The response though ultimately from Mark

19   Ridley-Thomas, as was played out at trial, was to request

20   assistance from Dean Flynn with regard to moving money from

21   his own funds through USC to fund his son's research.

22             There are two points I want to make with regard to

23   the nature and circumstance of the offense.

24             Number one, in this case, unlike other bribery

25   cases that I've had familiarity with, Dr. Flynn was

1   motivated to do the public good.  She was trying to expand a

2   program that was going to help the citizens.

3          This is not a case in which she was looking to

4   line her pockets to make money.  In fact, ultimately it

5   would be impossible, the way this program worked, for her to

6   make more money out of this.

7          The second fact -- and this was played out again

8   in trial -- Dr. Flynn was promoting a public good.  She's

9   not the motivating -- she's not the moving force for this.

10  The moving force was Supervisor Mark Ridley-Thomas who made

11  the request.

12         Dr. Flynn understands she made a mistake by

13  agreeing to the request.  She understands she made a mistake

14  by participating.  But the one who pushed the idea was Mark

15  Ridley-Thomas.

16         The second factor for the Court to consider is the

17  history and character of the defendant.  We have submitted,

18  Your Honor, with the sentencing memorandum some 25

19  character-reference letters.

20         Those letters detail over 40 years of public

21  service.  Dr. Flynn went after social problems and proposed

22  ideas, studied them, and wanted to have them fixed.

23         Just looking through some of those letters, you

24  could see that Dr. Flynn was concerned with eliminating

25  homelessness in Los Angeles.  She was concerned with

1   community mental health.  She was concerned with adoptive

2   programs for child welfare.

3           Those problems are with us but this is somebody

4   who dedicated her profession and her life to address those

5   problems and see what can be fixed.

6           Dr. Flynn was the Dean -- she was appointed Dean

7   five times -- School of Social Work at USC.  It was

8   interesting that there were several letters from USC former

9   professors and former deans all commenting on Dr. Flynn's

10  mentorship, how she basically helped mold their ideas and

11  approaches and recognized that being a Dean at a school is a

12  tough road because you are required to raise money.  You are

13  required to make sure that the program stays intact.

14          But several deans and former deans said they

15  looked to Dr. Flynn as somebody who could provide that

16  mentorship.

17          Those letters were not simply written by USC; and

18  as I started running down a list of the various schools

19  those letters came from -- Columbia, University of Michigan,

20  Michigan State.  There was even a letter from a professor at

21  USC -- I'm sorry -- from UCLA which shows that there can be

22  some agreement across the city amongst USC and UCLA.  That

23  letter talked at length in praise of Dr. Flynn's dedication

24  to improving the community, to improving the state, and to

25  improving her own community at USC.

1          You know, a lot of the letters talked about -- and
2     we did cite the numerous awards given to Dr. Flynn.  One
3     letter that just jumped out at me, which talks about sort of
4     private, quite kindness that Dr. Flynn has exhibited
5     throughout her career, was written by a -- and I'm going to
6     mispronounce the name -- Yeewin *(phonetic)* Lee who is a
7     graduate student, had been accepted at USC into the graduate
8     school program but was concerned because she was coming from
9     Mainland China, didn't have the money, wasn't sure where she
10    was going to live and she was considering what she might do.
11    She contacted Dr. Flynn.
12          Dr. Flynn suggested:  Why don't you move in with
13    me?  And she, in fact, did.  And then Yeewin Lee mentioned
14    not only did she move in, but she found out I think there
15    were three or four other graduate students from Mainland
16    China who moved in with the Dean of the School of Social
17    Work to help facilitate their research and their work at
18    USC.
19          I spent a lot of time in school.  I don't know
20    that I've seen anything like that before with the dean of a
21    program would say:  I understand there will be some
22    financial hardship.  Move into my house and we'll work
23    through this.  And they stayed at least for a semester.
24          The one area of disagreement that we have -- and
25    this is a serious area of disagreement with the

1    government -- is the government's request that there be home

2    confinement tacked on as a condition of probation.

3            There are reasons that's not a good idea and

4    there's reasons that that's really not a good idea in the

5    context of this defendant at this time.

6            Dr. Flynn, as I know we've mentioned a few times,

7    is 84 years old.  She's in good health but at 84, the

8    probation report I think has a page or two dedicated to

9    various physical medical issues.

10           18 months of home confinement would mean basically

11   being cut off quite a bit from the community, from the

12   support; and that cutoff would continue until she was 86

13   years old.

14           I think that would be unduly harsh.  I don't think

15   it's warranted from the facts of this case.  Dr. Flynn is a

16   very, very good person who has dedicated herself to our

17   community, to the betterment of our society.

18           She made a mistake.  And one last thing all those

19   letters talk about is in talking to Dr. Flynn, the shame she

20   has felt from it.  How various people have stopped talking

21   to her.  How not quite ostracized, as the Court can tell

22   because there are a lot of letters from USC, but a lot of

23   uncertainty about Dr. Flynn as a result of that.

24           She has had to live with that and this is a career

25   of 40-plus years, of one award after another, one

| | |
|---|---|
| 1 | achievement after another, and one good deed doing after |
| 2 | another; and now it's tarnished and the record is blemished. |
| 3 | I think given this record, given this defendant, |
| 4 | given this offense, the proper sentence would be two years |
| 5 | of probation without terms of home confinement or other sort |
| 6 | of monitoring.  And I would submit it, Your Honor. |
| 7 | THE COURT:  Thank you. |
| 8 | Dr. Flynn, is there anything you would like to say |
| 9 | before I sentence you? |
| 10 | THE DEFENDANT:  Yes. |
| 11 | I'm really greatly embarrassed, obviously, to be |
| 12 | here today.  I think I would never have imagined that in a |
| 13 | career of 50 years that the culmination point would be a |
| 14 | judgment of wrongdoing. |
| 15 | I hope you understand that I deeply regret the |
| 16 | consequences of my actions, my lapse in care and responsible |
| 17 | attention.  Perhaps the thing about which I am most greatly |
| 18 | saddened is the distress that this has caused to the |
| 19 | university and to the constituency of the School of Social |
| 20 | Work. |
| 21 | THE COURT:  Thank you. |
| 22 | From the government, anything you want to contest |
| 23 | or change other than what has been submitted? |
| 24 | MS. DOTSON:  Nothing from what's been submitted to |
| 25 | contest, Your Honor. |

```
1              THE COURT:  All right.

2              Is there anything you would like to present on

3    behalf of the government?

4              MS. DOTSON:  Certainly, Your Honor.

5              The government's recommendation is 36 months of

6    probation with 18 months of home confinement and that is to

7    reflect the severity and the seriousness of the crimes and

8    also to afford general deterrence.

9              The reason the government has agreed to

10   recommending a noncustodial sentence in this unique case

11   with this particular defendant is a little bit different

12   than the reasons counsel just articulated.

13             I'd like to just emphasize those to the Court.

14             THE COURT:  Yes.

15             MS. DOTSON:  Yes, she is 84 years old and that

16   makes her unique among defendants.  But her acceptance of

17   responsibility is what this Court should encourage and what

18   the government hopes other defendants would do.

19             Marilyn Flynn pled guilty long before trial.  She

20   accepted responsibility which is a difficult thing to do,

21   and she did so in a fulsome and unusual way.  She, through

22   counsel, provided the government incriminating information

23   about her own wrongdoing.

24             She didn't just point the finger at other people

25   and she didn't play the victim in all of this.  She accepted
```

1     responsibility and admitted her own culpability and informed

2     the government about lies that she had told USC to funnel

3     the money through the university.

4              And that is unique and that is something that

5     should be encouraged and rewarded.  She hasn't generally

6     tried to minimize her conduct in court filings or elsewhere

7     that she is the victim of an unfair judicial process.

8              Beyond that, beyond everything that's in the

9     government's paper, I would like to bring one additional

10    fact to the Court's attention, not to undermine the

11    government's position but because I do think it's fair for

12    the Court and fair to the defendant to be made aware of it.

13             So without getting into Rule 11 discussions, I

14    just want to be clear because it was something unusual that

15    occurred.

16             In discussing there being lobbying for a

17    particular more lenient sentence, one of the things the

18    government asked was:  Well, she's 84 years old.  What about

19    her health?

20             And the response from counsel was:  Look.  We've

21    gone through this and she's just honest.  She knows it could

22    help her potentially if she had some pain or some aches or

23    some of these things and she's just come back to us and she

24    just -- she feels pretty okay.

25             And it was almost as if not that counsel wanted

1   something -- a client to feel pain or anything, but it was

2   almost like a disappointment for counsel.

3          And to the government it was actually something

4   reassuring that we don't very often see.  Because when given

5   an opportunity to feign or exaggerate a medical condition,

6   which would frankly be reasonable for somebody in their

7   mid-80s to say they have aches or pains and dizziness or

8   memory loss, that would have been something very reasonable

9   and something the government could not have really refuted.

10         But when given that opportunity to advance her own

11  position in a self-serving way, she didn't take it.  And

12  while everything Marilyn Flynn did in the course of this

13  criminal conspiracy and the bribery scheme is incredibly

14  serious and there has to be general deterrence and there has

15  to be just punishment which is why we're seeking a term of

16  home confinement, ultimately everything that Marilyn Flynn

17  has done post-indictment is why the government has sought a

18  noncustodial sentence here.

19         So unless the Court has anything further, we would

20  request 36 months' probation with 18 months of home

21  confinement and a $150,000 fine.

22         THE COURT:  I just want to clarify.  You're asking

23  specifically for home confinement which is different from

24  home detention?

25         MS. DOTSON:  Yes.

```
 1              THE COURT:  All right.

 2              And you suggested that the victims here are the

 3    citizens of Los Angeles County, United Ways of California,

 4    and the University of Southern California.

 5              MS. DOTSON:  Yes.

 6              THE COURT:  As to the latter two at least --

 7              MS. DOTSON:  Yes.

 8              THE COURT:  -- have they been notified?

 9              MS. DOTSON:  They have been notified, yes.

10              THE COURT:  And is there any victim representative

11    who wishes to make a statement today?

12              MS. DOTSON:  No, Your Honor.

13              THE COURT:  All right.  Thank you.

14              The government notes that an offense level was

15    agreed to in the plea agreement.  The defense raises the

16    same issue in the form of an objection.

17              The probation officer correctly responds that he

18    is not bound by the parties' agreement.  In fact, it is his

19    obligation to assist the Court in determining the correct

20    guidelines range regardless of the stipulation of the

21    parties.

22              The government concedes that the enhancement under

23    Guideline Section 2C1.1(b)(2) can be calculated based either

24    on the value of the bribe, the $100,000 payment, or the

25    value of the benefit obtained, the Telehealth contract worth
```

more than $500,000.

The government asks that the Court honor the parties' agreement and calculate the enhancement based on the value of the bribe so that Dr. Flynn receives the benefit of the bargain.  But the benefit of the bargain is not one of the 3553(a) factors.

The objection is overruled.  Though this impacts the guidelines calculation, it does not impact the Court's ultimate sentence because the facts and therefore the nature and circumstances of the offense remain the same.

I find the report to be accurate and correct.  I adopt the report and the calculation of the advisory sentencing guidelines.

The advisory guidelines are the starting point and the initial benchmark in the Court's analysis.  I'm consulting and taking into account the current edition of the guidelines.

The total offense level is 25.  The criminal history category is I.  The guideline range for custody is 57 to 71 months.  The range for probation is one to five years.  The range for the fine is $20,000 to $200,000, and the special assessment to the Crime Victims Fund is $100.

In making an individualized determination based on the facts, I'm also considering the factors described in 18 United States Code, Section 3553(a), especially but not

1   exclusively the nature and circumstances of the offense and

2   the history and characteristics of the defendant; the need

3   for the sentence to reflect the seriousness of the offense,

4   to promote respect for the law and provide just punishment,

5   to afford adequate deterrence for criminal conduct and to

6   protect the public from further crimes of the defendant

7   which I don't believe applies here.

8           I'm considering the kinds of sentences available

9   and the need to avoid unwarranted sentence disparities

10  including defendants with similar records who have been

11  convicted of similar offenses, although I have to admit that

12  my sentence will not comply very well with that particular

13  issue.

14          Both parties have done an excellent job of

15  presenting their respective positions.  Although the Court

16  has considered Dr. Flynn's age and health conditions, the

17  Court places little weight on those.

18          The Court has also considered the history and

19  characteristics of the defendant and those are certainly a

20  significant mitigating factor.

21          The Court has also placed great weight on the

22  government's explanation of the recommendation.

23          Dr. Flynn's lack of criminal history is generally

24  taken into account by the criminal history category I,

25  although there are certainly some defendants in criminal

1   history category I with some past criminal convictions.

2           Dr. Flynn's lifetime of dedication to public

3   service as described by her counsel and documented in the

4   many letters of support is certainly something courts don't

5   often see and it is indeed unfortunate that such an

6   illustrious career has come to an end in this way and with

7   such public scrutiny.  But that is simply a consequence of

8   her own actions.

9           The nature and circumstances of the offense are a

10  neutral factor not necessarily warranting a higher or lower

11  sentence but certainly on the lower end.

12          Bribery of public officials is a very serious

13  offense.  As the government notes, the public itself is a

14  victim when it cannot have confidence that its

15  representatives act without ulterior motives, whether the

16  benefit is sought for themselves or someone else.

17          A very powerful political figure communicated with

18  Dr. Flynn to obtain an obvious and significant benefit for

19  his son.  He knew of Dr. Flynn's hopes and plans for the

20  Telehealth program.

21          It's true that Dr. Flynn not did benefit directly;

22  but in addition to her desire to help her school graduate

23  students in the social work program and those who needed

24  access to mental health services, she also had a personal

25  interest in maintaining her position as dean and her

1    national reputation.  This is indeed a unique factual

2    scenario even within this type of crime.

3              As I mentioned, the Court agrees with the defense

4    that Dr. Flynn herself is not likely to commit this or any

5    other offense in the future.  But as the government states,

6    deterrence factor relates to general deterrence, not to the

7    deterrence of the defendant before the Court.

8              The sentence recommended by the probation officer

9    and the defense and arguably the sentence proposed by the

10   government do nothing to address this factor.

11             As the government notes, the severity of

12   defendant's conduct and the societal harm wrought by public

13   corruption, a topic we hear about in the news nearly every

14   day, weigh in favor of incarceration.  But the government

15   cites some of the same factors as the defense to support a

16   probationary sentence.

17             The government also cites Dr. Flynn's culpability

18   compared to defendant Mark Ridley-Thomas and her early and

19   fulsome acceptance of responsibility including her voluntary

20   disclosure of incriminating information previously unknown

21   to the government.

22             The defense argues that a sentence of two years of

23   straight probation with no home confinement or monitoring is

24   sufficient.  The Court disagrees.

25             The Court also disagrees with the probation

1   officer's recommendation of participating in a tracking

2   program monitored by GPS.

3          The Court sees no point in that and in my view

4   it's virtually the same as straight probation.  The

5   government suggests a more robust probationary sentence.

6          The Court recognizes that probation itself is

7   punishment.  However, the sentence proposed by the defense

8   and the probation officer fail completely to address the

9   3553(a) provisions that require the sentence to reflect the

10  seriousness of the offense, to promote respect for the law,

11  to provide just punishment, and to afford adequate

12  deterrence for criminal conduct.

13         No sentence less than the one proposed by the

14  government comes close to adequately addressing the 3553(a)

15  factors.  The Court incorporates the government's discussion

16  on this issue as further support for the sentence.

17         The parties and the probation officer also

18  disagree on the amount of the fine.  The defense relates the

19  amount of the fine to the amount of harm.

20         The Court has to consider the factors identified

21  in Guideline Section 5E1.2(d).  As the Guidelines Manual

22  states, the amount of the fine should always be sufficient

23  to ensure that the fine taken together with other sanctions

24  imposed is punitive.

25         In light of the very lenient sentence being

1    imposed, the Court finds a fine of $150,000 is appropriate.

2              I will now state the sentence but counsel will

3    have a final chance to make legal objections before sentence

4    is imposed.

5              Does either counsel know of any reason why

6    sentence should not now be imposed?

7              MS. DOTSON:  No, Your Honor.

8              MR. HENNIGAN:  No, Your Honor.

9              THE COURT:  I find that the following sentence is

10   reasonable and is sufficient but is no greater than

11   necessary to comply with the purposes stated in 18 United

12   States Code, Section 3553(a).

13             It's ordered that the defendant shall pay to the

14   United States a special assessment of $100 which is due

15   immediately.

16             It's ordered that the defendant shall pay to the

17   United States a total fine of $150,000 which shall bear

18   interest as provided by law.

19             Does the defense have a suggestion as to the terms

20   and time frames for the payment of the fine?

21             MR. HENNIGAN:  Your Honor, I would expect we'd

22   able to do that within the next two weeks.

23             THE COURT:  All right.  The fine shall be paid in

24   full -- make it no later than August 30.

25             The defendant shall comply with Second Amended

1   General Order 20-04.

2           Pursuant to the Sentencing Reform Act of 1984,

3   it's the judgment of the Court that the defendant, Marilyn

4   Louise Flynn is placed on probation on Count 3 of the

5   Indictment for a term of three years under the following

6   terms and conditions:

7           1.  The defendant shall comply with the rules and

8   regulations of the US Probation and Pretrial Services Office

9   and Second Amended General Order 20-04.

10          2.  During the period of community supervision,

11  the defendant shall pay the special assessment and fine in

12  accordance with this judgment's orders pertaining to such

13  payment.

14          3.  The defendant shall cooperate in the

15  collection of a DNA sample from the defendant.

16          4.  The defendant shall apply all monies received

17  from income tax refunds, lottery winnings, inheritance,

18  judgments, and any other financial gains to the

19  court-ordered financial obligation.

20          5.  The defendant shall participate for a period

21  of 18 months in the location monitoring program under the

22  home confinement component.

23          The defendant shall be allowed to leave home only

24  for court, legal, medical, or any activity specifically

25  approved by the Court.

1          The home confinement program may include

2     electronic monitoring, GPS, or automated identification

3     systems.

4          The defendant shall observe the rules of such

5     program as directed by the probation officer.

6          The defendant shall pay the cost of the home

7     confinement program to the contract vendor not to exceed the

8     sum of $12 per day.

9          The defendant shall provide payment and proof of

10    payment as directed by the probation officer.  If the

11    defendant has no ability to pay, no payment shall be

12    required.

13         The drug testing condition mandated by statute is

14    suspended based on the Court's determination that the

15    defendant poses a low risk of future substance abuse.

16         Dr. Flynn is ordered to report to the probation

17    department no later than -- do you have a proposed date,

18    Mr. Hennigan?

19         MR. HENNIGAN:  Umm, by the --

20         *(Defense counsel conferred.)*

21         MR. HENNIGAN:  By the end of the week, Your Honor.

22         THE COURT:  All right.  No later than July 31 and

23    the probation department will, I hope and assume,

24    communicate with me to provide that location monitoring

25    contract for my approval so I can indicate the terms; and

```
1   then if there were any other request for a specific term,
2   the request would have to be made to the Court.
3            MS. PODBERESKY:  Your Honor, Vicki Podberesky on
4   behalf of Dr. Flynn.  If I may.
5            THE COURT:  Yes.
6            MS. PODBERESKY:  Would the Court consider making a
7   preference or recommendation for the GPS as opposed to the
8   ankle monitor?  It can be a little bit -- cause some damages
9   to skin and be a little cumbersome and I know that they can
10  monitor by phone and achieve the same results.
11           THE COURT:  I think they prefer that but I'll make
12  that recommendation; and if that becomes a concern, you can
13  let me know and I'll discuss it with them to see why that
14  would be their preference.
15           MR. HENNIGAN:  I appreciate that.  I'd ask one
16  more request if the Court would consider this.
17           I know the Court has identified specific
18  circumstances in which Dr. Flynn could be released from her
19  house.  Would the Court consider, rather than that, a curfew
20  that ran from 8:00 a.m. in morning to 5:00 p.m. so that --
21           THE COURT:  I had considered this very carefully.
22           MS. PODBERESKY:  Understood.
23           THE COURT:  I seriously considered imprisonment.
24  I take it she prefers not to go to prison.
25           MS. PODBERESKY:  That's correct, Your Honor.
```

1          THE COURT:  My thought.

2          I also concluded, as I said, that this was an

3   appropriate sentence.

4          Does either counsel have anything further?

5          MR. HENNIGAN:  Your Honor, there are a number of

6   remaining counts in the Indictment that I think need to be

7   dismissed by the government at this point.

8          MS. DOTSON:  Right, Your Honor.  The government

9   moves to dismiss the remaining counts of the Indictment as

10  against this defendant.  Those are Counts 1 and 4 through

11  20.

12          THE COURT:  Granted.

13          Anything further?

14          MR. HENNIGAN:  Nothing from the defense.

15          MS. DOTSON:  No, thank you.

16          THE COURT:  All right.

17          The statement of reasons shall be included in the

18  Commitment Order and Judgment and shall be provided to the

19  probation office and the Sentencing Commission -- well, I

20  don't think the sentencing commission.

21          MS. DOTSON:  Thank you, Your Honor.

22          MR. HENNIGAN:  Thank you, Your Honor.

23          THE COURT:  A complete copy of the complete --

24  stop.  I'm still talking.  Where is everybody going?

25          A complete copy of the presentence report shall be

1    provided to the Sentencing Commission.  Any other copies of

2    the report and related materials shall remain confidential.

3              If an appeal is taken, Counsel on appeal shall

4    have access to the report.

5              Dr. Flynn, you have the right to appeal your

6    conviction if you believe that your guilty plea was somehow

7    unlawful or involuntary or if there were some other

8    fundamental defect in the proceedings that was not waived by

9    your guilty plea.

10             You also have a right to appeal your sentence

11   under some circumstances particularly if you think your

12   sentence is contrary to law.

13             However, a defendant may waive those rights as

14   part of a plea agreement and you have entered into a plea

15   agreement that waives some or all of your right to appeal

16   your conviction and your sentence.

17             Such waivers are generally enforceable and the

18   plea agreement controls your right to appeal.

19             If you believe the waiver is unenforceable, you

20   can present that theory to the Court of Appeals.

21             If you retained any right to appeal, with few

22   exceptions a Notice of Appeal must be filed within 14 days

23   of judgment being entered.

24             Do you understand that?

25             THE DEFENDANT:  I do.

1        THE COURT:  If you're unable to afford a

2   transcript of the record in this case, one will be provided

3   at government expense.

4        If you're unable to pay the cost of an appeal or a

5   filing fee, you may apply for leave to appeal *In Forma*

6   *Pauperis*.

7        If you do not have counsel to act on your behalf

8   and if you request it, the Clerk of the Court will prepare

9   and file a Notice of Appeal on your behalf.

10       You must make that request within 14 days.

11       The Notice of Appeal must designate the judgment

12   or order appealed from and the fact that you're appealing to

13   the Court of Appeals.

14       It should designate the portion of the proceedings

15   not already on file that you deem necessary for the reporter

16   to include.

17       Bond is exonerated.

18       Anything further?

19       MS. DOTSON:  No, Your Honor.  Thank you.

20       MR. HENNIGAN:  No, Your Honor.

21       THE COURT:  Thank you.

22       THE CLERK:  All rise.

23       Court is in recess.

24       *(At 9:49 a.m., proceedings were concluded.)*

25                          -oOo-

```
 1                        CERTIFICATE

 2

 3          I, PAT CUNEO, CSR 1600, hereby certify that

 4  pursuant to Section 753, Title 28, United States Code, the

 5  foregoing is a true and correct transcript of the

 6  stenographically reported proceedings held in the

 7  above-entitled matter and that the transcript page format is

 8  in conformance with the regulations of the Judicial

 9  Conference of the United States.

10
    Date:  July 24, 2023
11

12

13

14

15                              /s/_____

16                              PAT CUNEO, OFFICIAL REPORTER
                                CSR NO. 1600
17

18

19

20

21

22

23

24

25
```

MR. HENNIGAN: [17]
3/14 4/1 4/6 4/8 4/11
5/3 5/6 5/11 21/8 21/21
23/19 23/21 24/15 25/5
25/14 25/22 27/20
MR. MORSE: [1]  3/12
MR. RYBARCZYK: [1]
3/13
MS. DOTSON: [14]
3/7 11/24 12/4 12/15
14/25 15/5 15/7 15/9
15/12 21/7 25/8 25/15
25/21 27/19
MS. PODBERESKY:
[4]  24/3 24/6 24/22
24/25
THE CLERK: [2]  3/3
27/22
THE COURT: [37]
THE DEFENDANT: [7]
4/14 4/16 4/19 4/22
4/24 11/10 26/25

**$**

$100 [2]  16/22 21/14
$100,000 [1]  15/24
$12 [1]  23/8
$150,000 [3]  14/21 21/16
21/17
$20,000 [1]  16/21
$200,000 [1]  16/21
$500,000 [1]  16/1

**-**

-and [1]  2/10
-oOo [2]  3/2 27/25

**/**

/s [1]  28/15

**0**

04 [2]  22/1 22/9
0400 [1]  2/9

**1**

11 [1]  13/13
14 [1]  26/22 27/10
1600 [3]  1/21 28/3
28/16
1782 [1]  1/24
18 [4]  10/10 12/6 14/20
22/21
18 United [2]  16/25
21/11
1984 [1]  22/2

**2**

20 [1]  25/11
20-04 [2]  22/1 22/9
2023 [3]  1/17 3/1 28/10
21-485-DSF [2]  1/8 3/4
213-395-0400 [1]  2/9
213-788-4340 [1]  2/14

213-894-1782 [1]  1/24
24 [3]  1/17 3/1 28/10
25 [2]  7/18 16/18
28 [1]  28/4
2C1.1 [1]  15/23

**3**

30 [1]  21/24
31 [1]  23/22
312 [1]  2/5
350 [1]  1/22
3553 [6]  5/23 16/6
16/25 20/9 20/14 21/12
36 [2]  12/5 14/20

**4**

40 [1]  7/20
40-plus [1]  10/25
400 [1]  2/13
4311 [1]  1/23
4340 [1]  2/14

**5**

50 [1]  11/13
523 [1]  2/12
57 [1]  16/20
5:00 [1]  24/20
5E1.2 [1]  20/21

**6**

6th [1]  2/12

**7**

71 [1]  16/20
753 [1]  28/4
7th [1]  2/8

**8**

80s [1]  14/7
818 [1]  2/8
84 [4]  10/7 10/7 12/15
13/18
86 [1]  10/12
8:00 a.m [1]  24/20

**9**

90012 [2]  1/23 2/6
90014 [1]  2/13
90017 [1]  2/9
960 [1]  2/8
9:15 [2]  1/17 3/1
9:49 [1]  27/24

**A**

a.m [4]  1/17 3/1 24/20
27/24
ability [2]  4/10 23/11
able [1]  21/22
about [11]  4/9 5/8 9/1
9/3 10/19 10/23 11/17
12/23 13/2 13/18 19/13
above [1]  28/7
above-entitled [1]  28/7
abuse [1]  23/15
acceptance [2]  12/16

19/19
accepted [3]  9/7 12/20
12/25
access [2]  18/24 26/4
accordance [1]  22/12
account [2]  16/16
17/24
accurate [1]  16/11
aches [2]  13/22 14/7
achieve [1]  24/10
achievement [1]  11/1
across [1]  8/22
act [3]  18/15 22/2 27/7
actions [2]  11/16 18/8
activity [1]  22/24
actually [1]  14/3
added [1]  5/17
addendum [1]  3/22
addition [1]  18/22
additional [3]  5/17
5/21 13/9
address [4]  5/5 8/4
19/10 20/8
addressed [1]  5/24
addressing [1]  20/14
adequate [2]  17/5
20/11
adequately [1]  20/14
admit [1]  17/11
admitted [1]  13/1
adopt [1]  16/12
adoptive [1]  8/1
advance [1]  14/10
advisory [2]  16/12
16/14
afford [4]  12/8 17/5
20/11 27/1
after [4]  7/21 10/25
11/1 11/1
again [1]  7/7
against [1]  25/10
age [1]  17/16
agree [1]  5/14
agreed [2]  12/9 15/15
agreeing [1]  7/13
agreement [8]  5/13
8/22 15/15 15/18 16/3
26/14 26/15 26/18
agrees [1]  19/3
all [16]  4/3 4/4 5/14
6/13 8/9 10/18 12/1
12/25 15/1 15/13 21/23
22/16 23/22 25/16
26/15 27/22
allowed [1]  22/23
almost [2]  13/25 14/2
already [1]  27/15
also [11]  3/22 12/8
16/24 17/18 17/21
18/24 19/17 19/25
20/17 25/2 26/10
although [3]  17/11
17/15 17/25
always [1]  20/22

am [1]  11/17
Amended [2]  21/25
22/9
AMERICA [2]  1/6 3/4
among [1]  12/16
amongst [2]  5/18 8/22
amount [4]  20/18
20/19 20/19 20/22
analysis [1]  16/15
ANDRUES [1]  2/7
Angeles [9]  1/16 1/23
2/6 2/9 2/13 3/1 6/14
7/25 15/3
ankle [1]  24/8
another [3]  10/25 11/1
11/2
any [11]  4/9 4/17 5/22
15/10 19/4 21/5 22/18
22/24 24/1 26/1 26/21
anything [11]  5/1 5/4
9/20 11/8 11/22 12/2
14/1 14/19 25/4 25/13
27/18
aplaw.law [1]  2/10
appeal [12]  26/3 26/3
26/5 26/10 26/15 26/18
26/21 26/22 27/4 27/5
27/9 27/11
appealed [1]  27/12
appealing [1]  27/12
Appeals [2]  26/20
27/13
appearances [2]  2/1
3/6
appearing [1]  3/15
applies [1]  17/7
apply [2]  22/16 27/5
appointed [1]  8/6
appreciate [1]  24/15
approach [1]  3/18
approached [1]  6/12
approaches [1]  8/11
appropriate [2]  21/1
25/3
approval [1]  23/25
approved [2]  6/9 22/25
are [16]  3/9 5/23 6/22
8/3 8/12 8/12 10/3
10/22 15/2 16/14 17/19
17/25 18/9 25/5 25/10
26/17
area [3]  5/12 9/24 9/25
arguably [1]  19/9
argues [1]  19/22
argument [1]  5/6
articulated [1]  12/12
as [27]  6/19 8/15 8/18
10/2 10/6 10/21 10/23
13/25 15/6 18/3 18/13
18/25 19/3 19/5 19/11
19/15 20/4 20/16 20/21
21/18 21/19 23/5 23/10
24/7 25/2 25/9 26/13
ask [1]  24/15

asked [1]  13/18
asking [1]  14/22
asks [1]  7/2
assessment [3]  16/22
21/14 22/11
assist [1]  15/19
assistance [1]  6/20
ASSISTANT [2]  2/4 3/9
assume [1]  23/23
at [21]  2/7 2/12 3/8 6/8
6/19 8/7 8/11 8/20 8/23
8/25 9/3 9/7 9/17 9/23
10/5 10/7 12/24 15/6
25/7 27/3 27/24
attention [2]  11/17
13/10
ATTORNEY [3]  2/2 2/7
2/12
ATTORNEYS [2]  2/4
3/9
August [1]  21/24
August 30 [1]  21/24
automated [1]  23/2
available [1]  17/8
avoid [1]  17/9
award [1]  10/25
awards [1]  9/2
aware [1]  13/12

**B**

back [1]  13/23
bad [1]  6/13
bargain [2]  16/5 16/5
based [4]  15/23 16/3
16/23 23/14
basically [2]  8/10
10/10
be [39]
bear [1]  21/17
because [7]  8/12 9/8
10/22 13/11 13/14 14/4
16/9
becomes [1]  24/12
been [8]  6/9 9/7 11/23
11/24 14/8 15/8 15/9
17/10
before [6]  5/18 9/20
11/9 12/19 19/7 21/3
behalf [5]  3/8 12/3 24/4
27/7 27/9
being [5]  8/11 10/11
13/16 20/25 26/23
believe [3]  17/7 26/6
26/19
benchmark [1]  16/15
benefit [7]  6/3 15/25
16/5 16/5 16/18 18/18
18/21
betterment [1]  10/17
beyond [2]  13/8 13/8
bhennigan [1]  2/11
bit [5]  10/11 12/11 24/8
blemished [1]  11/2
Bond [1]  27/17

**B**

Both [1]  17/14
bound [1]  15/18
BRIAN [2]  2/11 3/15
Brian Hennigan [1]
 3/15
bribe [2]  15/24 16/4
bribery [3]  6/24 14/13
 18/12
bring [1]  13/9
but [22]  5/17 7/14 8/3
 8/14 9/8 9/14 10/7
 10/22 12/16 13/11 14/1
 14/10 16/5 16/25 18/7
 18/11 18/22 19/5 19/14
 21/2 21/10 24/11

**C**

CA [1]  1/23
calculate [1]  16/3
calculated [1]  15/23
calculation [2]  16/8
 16/12
CALIFORNIA [8]  1/2
 1/16 2/6 2/9 2/13 3/1
 15/3 15/4
Calling [1]  3/3
calls [1]  5/14
came [1]  8/19
can [9]  8/5 8/21 10/21
 15/23 23/25 24/8 24/9
 24/12 26/20
cannot [1]  18/14
care [1]  11/16
career [4]  9/5 10/24
 11/13 18/6
carefully [1]  24/21
case [8]  3/3 5/14 6/3
 6/24 7/3 10/15 12/10
 27/2
cases [1]  6/25
category [3]  16/19
 17/24 18/1
cause [1]  24/8
caused [1]  11/18
CENTRAL [1]  1/2
certainly [5]  12/4 17/19
 17/25 18/4 18/11
CERTIFICATE [1]  28/1
certify [1]  28/3
chance [1]  21/3
change [2]  5/1 11/23
character [2]  7/17 7/19
character-reference [1]
 7/19
characteristics [2]
 17/2 17/19
child [1]  8/2
China [2]  9/9 9/16
circumstance [2]  6/1
 6/23
circumstances [6]  6/5
 16/10 17/1 18/9 24/18
 26/11

cite [1]  9/2
cites [2]  19/15 19/17
citizens [3]  6/14 7/2
 15/3
city [1]  8/22
clarify [1]  14/22
clear [1]  13/14
Clerk [1]  27/8
client [1]  14/1
close [1]  20/14
CM [1]  1/21
cocounsel [1]  3/15
Code [3]  16/25 21/12
 28/4
codefendant [1]  6/4
collection [1]  22/15
Columbia [1]  8/19
come [2]  13/23 18/6
comes [1]  20/14
coming [1]  9/8
commenting [1]  8/9
commission [3]  25/19
 25/20 26/1
commit [1]  19/4
Commitment [1]  25/18
communicate [1]
 23/24
communicated [1]
 18/17
community [7]  6/15
 8/1 8/24 8/25 10/11
 10/17 22/10
compared [1]  19/18
complete [3]  25/23
 25/23 25/25
completely [1]  20/8
comply [4]  17/12 21/11
 21/25 22/7
component [1]  22/22
concedes [1]  15/22
concern [1]  24/12
concerned [4]  7/24
 7/25 8/1 9/8
concerns [1]  4/9
concluded [2]  25/2
 27/24
condition [3]  10/2 14/5
 23/13
conditions [2]  17/16
 22/6
conduct [4]  13/6 17/5
 19/12 20/12
Conference [1]  28/9
conferred [1]  23/20
confidence [1]  18/14
confidential [1]  26/2
confinement [13]  5/21
 5/22 10/2 10/10 11/5
 12/6 14/16 14/21 14/23
 19/23 22/22 23/1 23/7
conformance [1]  28/8
consensus [1]  5/18
consequence [1]  18/7
consequences [1]

11/16
consider [6]  5/24 7/16
 20/20 24/6 24/16 24/19
considered [6]  3/21
 3/22 17/16 17/18 24/21
 24/23
considering [3]  9/10
 16/24 17/8
conspiracy [1]  14/13
constituency [1]  14/13
consulting [1]  16/16
contacted [1]  9/11
contents [1]  4/7
contest [3]  4/25 11/22
 11/25
context [1]  10/5
continue [1]  10/12
continued [1]  6/10
contract [1]  15/25 23/7
 23/25
contrary [1]  26/12
controls [1]  26/18
convicted [1]  17/11
conviction [2]  26/6
 26/16
convictions [1]  18/1
cooperate [1]  22/14
copies [1]  26/1
copy [2]  25/23 25/25
correct [4]  15/19 16/11
 24/25 28/5
correctly [1]  15/17
corruption [1]  19/13
cost [2]  23/6 27/4
could [5]  7/24 8/15
 13/21 14/9 24/18
counsel [14]  3/6 3/9
 12/12 12/22 13/20
 13/25 14/2 18/3 21/2
 21/5 23/20 25/4 26/3
 27/7
Count [1]  22/4
counts [2]  25/6 25/9
 25/10
County [3]  6/9 6/14
 15/3
course [1]  14/12
court [40]
Court's [5]  6/3 13/10
 16/8 16/15 23/14
court-ordered [1]
 22/19
Courthouse [2]  1/22
 2/5
courts [1]  18/4
CR [2]  1/8 3/4
crime [1]  16/22 19/2
crimes [2]  12/7 17/6
criminal [8]  14/13
 16/18 17/5 17/23 17/24
 17/25 18/1 20/12
CRR [1]  1/21
CRR-CM [1]  1/21
CSR [3]  1/21 28/3

28/16
culmination [1]  11/13
culpability [2]  13/1
 19/17
cumbersome [1]  24/9
CUNEO [3]  1/21 28/3
 28/16
curfew [1]  24/19
current [1]  16/16
custody [1]  16/19
cut [1]  10/11
cutoff [1]  10/12

**D**

DALE [1]  1/4
damages [1]  24/8
date [2]  23/17 28/10
day [2]  19/14 23/8
days [2]  26/22 27/10
dean [8]  6/7 6/20 8/6
 8/6 8/11 9/16 9/20
 18/25
deans [3]  8/9 8/14 8/14
dedicated [3]  8/4 10/8
 10/16
dedication [2]  8/23
 18/2
deed [1]  11/1
deem [1]  27/15
deeply [1]  11/15
defect [1]  26/8
defendant [30]
defendant's [1]  19/12
defendants [4]  12/16
 12/18 17/10 17/25
defense [12]  4/2 5/14
 15/15 19/3 19/9 19/15
 19/22 20/7 20/18 21/19
 23/20 25/14
department [2]  23/17
 23/23
described [2]  16/24
 18/3
designate [2]  27/11
 27/14
desire [1]  18/22
detail [1]  7/20
detention [1]  14/24
determination [2]
 16/23 23/14
determining [1]  15/19
deterrence [7]  12/8
 14/14 17/15 19/6 19/6
 19/7 20/12
did [13]  4/7 4/12 4/14
 4/15 4/20 4/23 4/24 9/2
 9/13 9/14 12/21 14/12
 18/21
didn't [4]  9/9 12/24
 12/25 14/11
difference [1]  5/16
different [2]  12/11
 14/23
difficult [1]  12/20

directed [2]  23/5 23/10
directly [1]  18/21
disagree [1]  20/18
disagreement [2]  9/24
 9/25
disagrees [1]  19/24
 19/25
disappointment [1]
 14/2
disclosure [1]  19/20
discuss [1]  24/13
discussing [1]  13/16
discussion [2]  20/15
discussions [1]  13/13
dismiss [1]  25/9
dismissed [1]  25/7
disparities [1]  17/9
distress [1]  11/18
DISTRICT [1]  1/1 1/2
DIVISION [1]  1/3
dizziness [1]  14/7
DNA [1]  22/15
do [16]  4/9 4/17 4/19
 4/25 5/6 7/1 9/10 12/18
 12/20 13/11 19/10
 21/22 23/17 26/24
 26/25 27/7
documented [1]  18/3
documents [2]  4/5
 4/13
does [4]  16/8 21/5
 21/19 25/4
doing [1]  11/1
don't [7]  9/12 9/19
 10/14 14/4 17/7 18/4
 25/20
done [3]  6/17 14/17
 17/14
DOTSON [2]  2/3 3/8
down [1]  8/18
Dr [5]  7/24 8/9 8/23 9/2
 17/16
Dr. [30]
Dr. Flynn [26]  3/16 4/5
 4/12 6/7 6/25 7/8 7/12
 7/21 8/6 8/15 9/4 9/11
 9/12 10/6 10/15 10/19
 10/23 11/8 16/4 18/18
 18/21 19/4 23/16 24/4
 24/18 26/5
Dr. Flynn's [4]  17/23
 18/2 18/19 19/17
drug [1]  23/13
DSF [2]  1/8 3/4
due [1]  21/14
During [1]  22/10

**E**

early [1]  19/18
edition [1]  16/16
either [3]  15/23 21/5
 25/4
electronic [1]  23/2
eliminating [1]  7/24

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**E**

else [1]  18/16
elsewhere [1]  13/6
embarrassed [1]  11/11
emphasize [1]  12/13
encourage [1]  12/17
encouraged [1]  13/5
end [3]  18/6 18/11
23/21
enforceable [1]  26/17
enhancement [2]
15/22 16/3
enough [2]  4/4 5/11
ensure [1]  20/23
entered [2]  26/14
26/23
entitled [1]  28/7
especially [1]  16/25
essentially [1]  5/23
ESTRADA [1]  2/2
even [2]  8/20 19/2
every [1]  19/13
everybody [1]  25/24
everything [3]  13/8
14/12 14/16
exaggerate [1]  14/5
exceed [1]  23/7
excellent [1]  17/14
exceptions [1]  26/22
exclusively [1]  17/1
exhibited [1]  9/4
exonerated [1]  27/17
expand [1]  7/1
expanded [1]  6/11
expect [1]  21/21
expense [1]  27/3
explain [2]  4/7 4/21
explanation [1]  17/22

**F**

facilitate [1]  9/17
fact [6]  7/4 7/7 9/13
13/10 15/18 27/12
factor [5]  7/16 17/20
18/10 19/6 19/10
factors [5]  16/6 16/24
19/15 20/15 20/20
facts [3]  10/15 16/9
16/24
factual [1]  19/1
fail [1]  20/8
fair [2]  13/11 13/12
fairly [1]  5/7
familiarity [1]  6/25
favor [1]  19/14
fee [1]  27/5
feel [1]  14/1
feels [1]  13/24
feign [1]  14/5
felt [2]  6/8 10/20
few [2]  10/6 26/21
figure [1]  18/17
file [2]  27/9 27/15
filed [1]  26/22

filing [2]  5/18 27/5
filings [1]  13/6
final [1]  21/3
financial [3]  9/22 22/18
22/19
find [2]  16/11 21/9
finds [1]  21/1
fine [11]  14/21 16/21
20/18 20/19 20/22
20/23 21/1 21/17 21/20
21/23 22/11
finger [1]  12/24
first [3]  1/22 1/22 6/1
FISCHER [1]  1/4
fit [1]  6/13
five [2]  8/7 16/20
fixed [2]  7/22 8/5
FLYNN [36]
Flynn's [7]  8/9 8/23
17/16 17/23 18/2 18/19
19/17
following [2]  21/9 22/5
force [2]  7/9 7/10
foregoing [1]  28/5
form [2]  5/22 15/16
Forma [1]  27/5
format [1]  28/7
former [3]  8/8 8/9 8/14
found [1]  9/14
four [2]  6/10 9/15
frames [1]  21/20
frankly [1]  14/6
full [1]  21/24
fulsome [2]  12/21
19/19
fund [2]  6/21 16/22
fundamental [1]  26/8
funded [1]  6/9
funds [1]  6/21
funnel [1]  13/2
further [6]  14/19 17/6
20/16 25/4 25/13 27/18
future [2]  19/5 23/15

**G**

gains [1]  22/18
general [5]  12/8 14/14
19/6 22/1 22/9
generally [3]  13/5
17/23 26/17
get [1]  4/12
getting [1]  13/13
given [6]  9/2 11/3 11/3
11/4 14/4 14/10
gmail.com [1]  1/24
go [1]  24/24
going [5]  3/25 7/2 9/5
9/10 25/24
gone [1]  13/21
good [15]  3/7 3/11 3/12
3/13 3/14 3/17 5/11 6/4
7/1 7/8 10/3 10/4 10/7
10/16 11/1
government [27]  5/13

10/1 11/22 12/3 12/9
12/18 12/22 13/2 13/18
14/3 14/9 14/17 15/14
15/22 16/2 18/13 19/5
19/10 19/11 19/14
19/17 19/21 20/5 20/14
25/7 25/8 27/3
government's [6]  10/1
12/5 13/9 13/11 17/22
20/15
GPS [3]  20/2 23/2 24/7
graduate [4]  9/7 9/7
9/15 18/22
Granted [1]  25/12
great [1]  17/21
greater [1]  21/10
greatly [2]  11/11 11/17
GREER [1]  2/3
guideline [3]  15/23
16/19 20/21
guidelines [6]  15/20
16/8 16/13 16/14 16/17
20/21
guilty [3]  12/19 26/6
26/9

**H**

had [10]  4/4 6/3 6/9
6/25 9/7 10/24 13/2
13/22 18/24 24/21
handling [1]  3/25
hardship [1]  9/22
harm [2]  19/12 20/19
harsh [1]  10/14
has [20]  9/4 10/8 10/16
10/20 10/24 11/18
11/23 12/9 14/14 14/14
14/17 14/17 14/19
17/16 17/18 17/21 18/6
20/20 23/11 24/17
hasn't [1]  13/5
have [33]
having [1]  6/3
he [2]  15/17 18/19
health [5]  8/1 10/7
13/19 17/16 18/24
healthcare [1]  6/15
hear [1]  19/13
Hearing [1]  1/19
held [1]  28/6
help [4]  7/2 9/17 13/22
18/22
helped [1]  8/10
HENNIGAN [7]  2/11
2/11 3/15 4/4 4/20 4/25
23/18
her [26]  4/7 4/9 7/4 7/5
8/4 8/4 8/25 9/5 10/21
11/12 12/16 12/23 13/1
13/6 13/19 13/22 14/10
18/3 18/8 18/22 18/22
18/25 18/25 19/18
19/19 24/18
here [4]  11/12 14/18

15/2 17/7
hereby [1]  28/3
herself [2]  10/16 19/4
higher [1]  18/10
highlighting [1]  5/25
his [4]  6/21 6/21 15/18
18/19
history [7]  7/17 16/19
17/2 17/18 17/23 17/24
18/1
home [14]  5/21 10/1
10/10 11/5 12/6 14/16
14/20 14/23 14/24
19/23 22/22 22/23 23/1
23/6
homelessness [1]  7/25
honest [1]  13/21
honor [30]
HONORABLE [1]  1/4
hope [2]  11/15 23/23
hopes [2]  12/18 18/19
house [2]  9/22 24/19
how [3]  8/10 10/20
10/21
However [1]  20/7
26/13
HUESTON [1]  2/11
hueston.com [1]  2/14

**I**

I'd [2]  12/13 24/15
I'll [3]  4/1 24/11 24/13
I'm [7]  8/21 9/5 11/11
16/15 16/24 17/8 25/24
I've [3]  3/22 6/25 9/20
idea [4]  6/13 7/14 10/3
10/4
ideas [2]  7/22 8/10
identification [1]  23/2
identified [2]  20/20
24/17
if [17]  13/22 13/25
23/10 24/1 24/4 24/12
24/16 26/3 26/6 26/7
26/11 26/19 26/21 27/1
27/4 27/7 27/8
illustrious [1]  18/6
imagined [1]  11/12
immediately [1]  21/15
impact [1]  16/8
impacts [1]  16/7
impose [1]  5/20
imposed [4]  20/24 21/1
21/4 21/6
impossible [1]  7/5
imprisonment [1]
24/23
improving [3]  8/24
8/24 8/25
incarceration [1]  19/14
include [2]  23/1 27/16
included [1]  25/17
including [3]  3/23
17/10 19/19

income [1]  22/17
incorporates [1]  20/15
incredibly [1]  14/13
incriminating [2]  12/22
19/20
indeed [2]  18/5 19/1
indicate [1]  23/25
indictment [4]  14/17
22/5 25/6 25/9
individualized [1]
16/23
information [2]  12/22
19/20
informed [1]  13/1
inheritance [1]  22/17
initial [1]  16/15
intact [1]  8/13
interest [2]  18/25
21/18
interesting [1]  8/8
involuntary [1]  26/7
is [77]
issue [4]  6/1 15/16
17/13 20/16
issues [2]  5/23 10/9
it [24]  5/17 6/13 6/14
7/4 8/7 10/20 11/6
13/12 13/14 13/21
13/25 14/1 14/3 14/11
15/18 16/8 18/5 18/14
21/24 24/8 24/13 24/24
27/8 27/14
it's [8]  10/15 11/2
13/11 18/21 20/4 21/13
21/16 22/3
Item [1]  3/3
Item No. 4 [1]  3/3
its [1]  18/14
itself [2]  18/13 20/6

**J**

JAMES [1]  2/11
job [1]  17/14
JUDGE [1]  1/4
judgment [5]  11/14
22/3 25/18 26/23 27/11
judgment's [1]  22/12
judgments [1]  22/18
judicial [2]  13/7 28/8
July [4]  1/17 3/1 23/22
28/10
July 31 [1]  23/22
jumped [1]  9/3
just [13]  7/23 9/3 12/12
12/13 12/24 13/14
13/21 13/23 13/24
14/15 14/22 17/4 20/11

**K**

kindness [1]  9/4
kinds [1]  17/8
knew [1]  18/19
know [7]  9/1 9/19 10/6
21/5 24/9 24/13 24/17

## K

**knows [1]** 13/21

## L

**lack [1]** 17/23
**lapse [1]** 11/16
**last [1]** 10/18
**later [3]** 21/24 23/17
23/22
**latter [1]** 15/6
**law [6]** 2/7 2/12 17/4
20/10 21/18 26/12
**least [2]** 9/23 15/6
**leave [2]** 22/23 27/5
**lectern [1]** 3/18
**Lee [2]** 9/6 9/13
**legal [2]** 21/3 22/24
**length [1]** 8/23
**lenient [2]** 13/17 20/25
**less [1]** 20/13
**let [3]** 5/12 5/25 24/13
**letter [3]** 8/20 8/23 9/3
**letters [11]** 3/24 7/19
7/20 7/23 8/8 8/17 8/19
9/1 10/19 10/22 18/4
**level [2]** 15/14 16/18
**lies [1]** 13/2
**life [1]** 8/4
**lifetime [1]** 18/2
**light [1]** 20/25
**like [7]** 5/4 9/20 11/8
12/2 12/13 13/9 14/2
**likely [1]** 19/4
**LINDSEY [2]** 2/3 3/8
**Lindsey Dotson [1]**
3/8
**line [1]** 7/4
**list [1]** 8/18
**little [4]** 12/11 17/17
24/8 24/9
**live [2]** 9/10 10/24
**LLP [1]** 2/11
**lobbying [1]** 13/16
**location [2]** 22/21
23/24
**long [1]** 12/19
**Look [1]** 13/20
**looked [1]** 8/15
**looking [2]** 7/3 7/23
**Los [9]** 1/16 1/23 2/6
2/9 2/13 2/17 6/14 7/25
15/3
**Los Angeles [3]** 6/14
7/25 15/3
**loss [1]** 14/8
**lot [4]** 9/1 9/19 10/22
10/22
**lottery [1]** 22/17
**LOUISE [3]** 1/9 3/4
22/4
**low [1]** 23/15
**lower [2]** 18/10 18/11

## M

**made [6]** 7/10 7/12
7/13 10/18 13/12 24/2
**Mainland [2]** 9/9 9/15
**maintaining [1]** 18/25
**make [9]** 6/22 7/4 7/6
8/13 15/11 21/3 21/24
24/11 27/10
**makes [1]** 12/16
**making [3]** 6/16 16/23
24/6
**mandated [1]** 23/13
**Manual [1]** 20/21
**many [2]** 3/23 18/4
**MARILYN [7]** 1/9 3/4
3/16 12/19 14/12 14/16
22/3
**Marilyn Flynn [4]** 3/16
12/19 14/12 14/16
**Mark [5]** 6/12 6/18 7/10
7/14 19/18
**MARTIN [1]** 2/2
**materials [1]** 26/2
**matter [1]** 28/7
**may [4]** 23/1 24/4
26/13 27/5
**me [7]** 3/8 5/12 5/25
9/3 9/13 23/24 24/13
**mean [1]** 10/10
**medical [3]** 10/9 14/5
22/24
**memorandum [2]** 5/25
7/18
**memory [1]** 14/8
**mental [2]** 8/1 18/24
**mentioned [3]** 9/13
10/6 19/3
**mentorship [2]** 8/10
8/16
**MICHAEL [2]** 2/3 3/10
**Michigan [2]** 8/19 8/20
**mid [1]** 14/7
**mid-80s [1]** 14/7
**might [1]** 9/10
**minimize [1]** 13/6
**mispronounce [1]** 9/6
**mistake [3]** 7/12 7/13
10/18
**mitigating [1]** 17/20
**mitigation [1]** 5/5
**mold [1]** 8/10
**Monday [2]** 1/17 3/1
**money [6]** 6/20 7/4 7/6
8/12 9/9 13/3
**monies [1]** 22/16
**monitor [2]** 24/8 24/10
**monitored [1]** 20/2
**monitoring [5]** 11/6
19/23 22/21 23/2 23/24
**months [6]** 10/10 12/5
12/6 14/20 16/20 22/21
**months' [1]** 14/20
**more [6]** 4/17 7/6 13/17

**16/1 20/5 24/16**
**morning [7]** 3/7 3/11
3/12 3/13 3/14 3/17
24/20
**MORSE [2]** 2/3 3/10
**most [1]** 11/17
**motivated [1]** 7/1
**motivating [1]** 7/9
**motives [1]** 18/15
**move [3]** 9/12 9/14
9/22
**moved [1]** 9/16
**moves [1]** 25/9
**moving [3]** 6/20 7/9
7/10
**Mr. [4]** 4/4 4/20 4/25
23/18
**Mr. Hennigan [4]** 4/4
4/20 4/25 23/18
**Ms. [1]** 4/20
**Ms. Podberesky [1]**
4/20
**must [3]** 26/22 27/10
27/11
**my [7]** 9/22 11/16
11/16 17/12 20/3 23/25
25/1

## N

**name [1]** 9/6
**national [1]** 19/1
**nature [6]** 6/1 6/5 6/23
16/9 17/1 18/9
**nearly [1]** 19/13
**necessarily [1]** 18/10
**necessary [2]** 21/11
27/15
**need [4]** 4/17 17/2 17/9
25/6
**needed [1]** 18/23
**neutral [1]** 18/10
**never [1]** 11/12
**news [1]** 19/13
**next [1]** 21/22
**no [22]** 1/8 3/3 4/11
4/19 5/3 5/9 15/12
19/23 20/3 20/13 21/7
21/8 21/10 21/24 23/11
23/11 23/17 23/22
25/15 27/19 27/20
28/16
**No. [1]** 3/3
**noncustodial [2]** 12/10
14/18
**North [1]** 2/5
**not [27]** 4/19 7/3 7/9
7/9 8/17 9/14 10/3 10/4
10/21 13/10 13/25 14/9
15/18 16/6 16/8 16/25
17/12 18/10 18/21 19/4
19/6 21/6 23/7 24/24
26/8 27/7 27/15
**notes [3]** 15/14 18/13
19/11

**nothing [3]** 11/24
19/10 25/14
**Notice [2]** 26/22 27/9
27/11
**notified [2]** 15/8 15/9
**now [4]** 5/9 11/2 21/2
21/6
**number [2]** 6/24 25/5
**numerous [1]** 9/2

## O

**objection [2]** 15/16
16/7
**objections [1]** 21/3
**obligation [2]** 15/19
22/19
**observe [1]** 23/4
**obtain [1]** 18/18
**obtained [1]** 15/25
**obvious [1]** 18/18
**obviously [1]** 11/11
**occurred [1]** 13/15
**off [1]** 10/11
**offense [13]** 6/2 6/6
6/23 11/4 15/14 16/10
16/18 17/1 17/3 18/9
18/13 19/5 20/10
**offenses [1]** 17/11
**office [2]** 22/8 25/19
**officer [6]** 15/17 19/8
20/8 20/17 23/5 23/10
**officer's [1]** 20/1
**Official [2]** 1/21 28/16
**officials [1]** 18/12
**often [2]** 14/4 18/5
**okay [1]** 13/24
**old [4]** 10/7 10/13
12/15 13/18
**on [20]** 3/8 8/9 10/2
12/2 15/24 16/3 16/23
17/17 17/21 18/11
20/16 20/18 22/4 22/4
23/14 24/3 26/3 27/7
27/9 27/15
**one [15]** 6/24 7/14 9/2
9/24 10/18 10/25 10/25
11/1 13/9 13/17 16/6
16/20 20/13 24/15 27/2
**only [2]** 9/14 22/23
**oOo [2]** 3/2 27/25
**opportunity [2]** 14/5
14/10
**opposed [1]** 24/7
**or [30]**
**order [4]** 22/1 22/9
25/18 27/12
**ordered [4]** 21/13
21/16 22/19 23/16
**orders [1]** 22/12
**ostracized [1]** 10/21
**other [14]** 5/1 5/22
6/24 9/15 11/5 11/23
12/18 12/24 19/5 20/23
22/18 24/1 26/1 26/7

**otherwise [1]** 6/15
**our [2]** 10/16 10/17
**out [5]** 6/19 7/6 7/7 9/3
9/14
**over [1]** 7/20
**overruled [1]** 16/7
**own [6]** 6/21 8/25
12/23 13/1 14/10 18/8

## P

**p.m [1]** 24/20
**page [2]** 10/8 28/7
**paid [1]** 21/23
**pain [2]** 13/22 14/1
**pains [1]** 14/7
**paper [1]** 13/9
**papers [1]** 3/23
**part [1]** 26/14
**participate [1]** 22/20
**participating [2]** 7/14
20/1
**particular [3]** 12/11
13/17 17/12
**particularly [1]** 26/11
**parties [4]** 3/23 15/21
17/14 20/17
**parties' [2]** 15/18 16/3
**past [1]** 18/1
**PAT [3]** 1/21 28/3
28/16
**patcuneo1600 [1]** 1/24
**Pauperis [1]** 27/6
**Pause [1]** 3/19
**pay [6]** 21/13 21/16
22/11 23/6 23/11 27/4
**payment [6]** 15/24
21/20 22/13 23/9 23/10
23/11
**people [3]** 5/18 10/20
12/24
**per [1]** 23/8
**Perhaps [1]** 11/17
**period [2]** 22/10 22/20
**person [1]** 10/16
**personal [1]** 18/24
**pertaining [1]** 22/12
**phone [1]** 24/10
**phonetic [1]** 9/6
**physical [1]** 10/9
**placed [2]** 17/21 22/4
**places [1]** 17/17
**Plaintiff [1]** 1/7 2/2
**plans [1]** 18/19
**play [1]** 12/25
**played [2]** 6/19 7/7
**plea [6]** 15/15 26/6
26/9 26/14 26/14 26/18
**please [2]** 3/6 3/18
**pled [1]** 12/19
**plus [1]** 10/25
**pockets [1]** 7/4
**PODBERESKY [5]** 2/7
2/7 3/15 4/20 24/3
**point [5]** 11/13 12/24

**P**

**point... [3]** 16/14 20/3 25/7
**points [1]** 6/22
**political [1]** 18/17
**portion [1]** 27/14
**poses [1]** 23/15
**position [4]** 3/23 13/11 14/11 18/25
**positions [1]** 17/15
**post [1]** 14/17
**post-indictment [1]** 14/17
**potentially [1]** 13/22
**powerful [1]** 18/17
**praise [1]** 8/23
**prefer [1]** 24/11
**preference [2]** 24/7 24/14
**prefers [1]** 24/24
**prepare [1]** 27/8
**present [4]** 3/16 5/5 12/2 26/20
**presentence [4]** 3/21 5/1 5/13 25/25
**presenting [1]** 17/15
**PRESIDING [1]** 1/4
**Pretrial [1]** 22/8
**pretty [1]** 13/24
**previously [1]** 19/20
**prison [1]** 24/24
**private [1]** 9/4
**probation [25]** 5/15 5/17 5/19 5/21 10/2 10/8 11/5 12/6 14/20 15/17 16/20 19/8 19/23 19/25 20/4 20/6 20/8 20/17 22/4 22/8 23/5 23/10 23/16 23/23 25/19
**probationary [2]** 19/16 20/5
**problems [3]** 7/21 8/3 8/5
**proceedings [6]** 1/14 3/19 26/8 27/14 27/24 28/6
**process [1]** 13/7
**profession [1]** 8/4
**professor [1]** 8/20
**professors [1]** 8/9
**program [13]** 6/9 7/2 7/5 8/13 9/8 9/21 18/20 18/23 20/2 22/21 23/1 23/5 23/7
**programs [1]** 8/2
**promote [2]** 17/4 20/10
**promoting [1]** 7/8
**proof [1]** 23/9
**proper [2]** 5/19 11/4
**proposed [5]** 7/21 19/9 20/7 20/13 23/17
**protect [1]** 17/6

**provide [5]** 8/15 17/4 20/11 23/9 23/24
**provided [5]** 12/22 21/18 25/18 26/1 27/2
**providing [1]** 6/14
**provisions [1]** 20/9
**PSR [1]** 5/8
**public [9]** 7/1 7/8 7/20 17/6 18/2 18/7 18/12 18/13 19/12
**punishment [4]** 14/15 17/4 20/7 20/11
**punitive [1]** 20/24
**purpose [1]** 6/16
**purposes [2]** 5/25 21/11
**pursuant [2]** 22/2 28/4
**pushed [1]** 7/14

**Q**

**quite [3]** 9/4 10/11 10/21

**R**

**raise [1]** 8/12
**raises [1]** 15/15
**ran [1]** 24/20
**range [4]** 15/20 16/19 16/20 16/21
**rather [1]** 24/19
**read [5]** 3/21 3/22 4/4 4/15 4/17
**really [3]** 10/4 11/11 14/9
**reason [2]** 12/9 21/5
**reasonable [3]** 14/6 14/8 21/10
**reasons [4]** 10/3 10/4 12/12 25/17
**reassuring [1]** 14/4
**received [1]** 22/16
**receives [1]** 16/4
**recess [1]** 27/23
**recognized [1]** 8/11
**recognizes [1]** 20/6
**recommendation [5]** 12/5 17/22 20/1 24/7 24/12
**recommended [1]** 19/8
**recommending [1]** 12/10
**record [3]** 11/2 11/3 27/2
**records [1]** 17/10
**reference [1]** 7/19
**reflect [3]** 12/7 17/3 20/9
**Reform [1]** 22/2
**refunds [1]** 22/17
**refuted [1]** 14/9
**regard [2]** 6/20 6/22
**regardless [1]** 15/20
**regret [1]** 11/15
**regulations [2]** 22/8

28/8
**related [1]** 26/2
**relates [2]** 19/6 20/18
**released [1]** 24/18
**remain [2]** 16/10 26/2
**remaining [2]** 25/6 25/9
**report [10]** 3/22 5/1 5/13 10/8 16/11 16/12 23/16 25/25 26/2 26/4
**reported [1]** 28/6
**reporter [3]** 1/21 27/15 28/16
**REPORTER'S [1]** 1/14
**representative [1]** 15/10
**representatives [1]** 18/15
**representing [1]** 3/16
**reputation [1]** 19/1
**request [12]** 6/13 6/16 6/19 7/11 7/13 10/1 14/20 24/1 24/2 24/16 27/8 27/10
**require [1]** 20/9
**required [5]** 8/12 8/13 23/12
**research [2]** 6/21 9/17
**respect [2]** 17/4 20/10
**respective [1]** 17/15
**responds [1]** 15/17
**response [2]** 6/18 13/20
**responsibility [4]** 12/17 12/20 13/1 19/19
**responsible [1]** 11/16
**result [1]** 10/23
**results [1]** 24/10
**retained [1]** 26/21
**review [1]** 4/5
**revised [1]** 3/21
**rewarded [1]** 13/5
**Ridley [5]** 6/12 6/19 7/10 7/15 19/18
**Ridley-Thomas [5]** 6/12 6/19 7/10 7/15 19/18
**right [13]** 4/3 12/1 15/1 15/13 21/23 23/22 25/8 25/16 26/5 26/10 26/15 26/18 26/21
**rights [1]** 26/13
**rise [1]** 27/22
**risk [1]** 23/15
**road [1]** 8/12
**robust [1]** 20/5
**Room [1]** 1/23
**Rule [1]** 13/13
**Rule 11 [1]** 13/13
**rules [2]** 22/7 23/4
**running [1]** 8/18
**RYBARCZYK [2]** 2/4 3/9

**S**

**saddened [1]** 11/18
**said [2]** 8/14 25/2
**same [5]** 15/16 16/10 19/15 20/4 24/10
**sample [1]** 22/15
**sanctions [1]** 20/23
**say [5]** 5/9 6/1 9/21 11/8 14/7
**scenario [1]** 19/2
**scheme [1]** 14/13
**school [8]** 6/7 8/7 8/11 9/8 9/16 9/19 11/19 18/22
**schools [1]** 8/18
**scrutiny [1]** 18/7
**second [4]** 7/7 7/16 21/25 22/9
**Section [5]** 15/23 16/25 20/21 21/12 28/4
**Section 2C1.1 [1]** 15/23
**Section 3553 [2]** 16/25 21/12
**see [5]** 7/24 8/5 14/4 18/5 24/13
**seeking [1]** 14/15
**seen [1]** 9/20
**sees [1]** 20/3
**self [1]** 14/11
**self-serving [1]** 14/11
**semester [1]** 9/23
**sentence [32]**
**sentences [1]** 17/8
**sentencing [11]** 1/19 3/20 3/25 5/6 5/25 7/18 16/13 22/2 25/19 25/20 26/1
**serious [3]** 9/25 14/14 18/12
**seriously [1]** 24/23
**seriousness [3]** 12/7 17/3 20/10
**service [2]** 7/21 18/3
**services [3]** 6/15 18/24 22/8
**serving [1]** 14/11
**set [1]** 3/20
**several [2]** 8/8 8/14
**severity [2]** 12/7 19/11
**shall [21]** 5/8 21/13 21/16 21/17 21/23 21/25 22/7 22/11 22/14 22/16 22/20 22/23 23/4 23/6 23/9 23/11 25/17 25/18 25/25 26/2 26/3
**shame [1]** 10/19
**she [40]**
**she's [6]** 7/8 7/9 10/7 13/18 13/21 13/23
**short [1]** 5/7
**should [8]** 5/16 6/10 6/10 12/17 13/5 20/22

21/6 27/14
**shows [1]** 8/21
**significant [2]** 17/20 18/18
**similar [2]** 17/10 17/11
**simply [5]** 6/1 8/17 18/7
**skin [1]** 24/9
**so [8]** 6/4 6/10 12/21 13/13 14/19 16/4 23/25 24/20
**social [6]** 6/7 7/21 8/7 9/16 11/19 18/23
**societal [1]** 19/12
**society [1]** 10/17
**some [14]** 7/18 7/23 8/22 9/21 13/22 13/22 13/23 17/25 18/1 19/15 24/8 26/7 26/11 26/15
**somebody [3]** 8/3 8/15 14/6
**somehow [1]** 26/6
**someone [1]** 18/16
**something [7]** 13/4 13/14 14/1 14/3 14/8 14/9 18/4
**son [1]** 18/19
**son's [1]** 6/21
**sorry [1]** 8/21
**sort [2]** 9/3 11/5
**sought [2]** 14/17 18/16
**Southern [1]** 15/4
**speaking [1]** 4/1
**special [3]** 16/22 21/14 22/11
**specific [2]** 24/1 24/17
**specifically [2]** 14/23 22/24
**spent [1]** 9/19
**Spring [1]** 2/5
**start [1]** 5/12
**started [1]** 8/18
**starting [1]** 16/14
**state [4]** 3/6 8/20 8/24 21/2
**stated [1]** 21/11
**statement [2]** 15/11 25/17
**states [15]** 1/1 1/6 2/2 2/4 2/5 3/4 3/8 16/25 19/5 20/22 21/12 21/14 21/17 28/4 28/9
**statute [1]** 23/13
**stayed [1]** 9/23
**stays [1]** 8/13
**stenographically [1]** 28/6
**still [1]** 25/24
**stipulation [1]** 15/20
**stop [1]** 25/24
**stopped [1]** 10/20
**straight [2]** 19/23 20/4
**Street [5]** 1/22 1/22 2/5 2/8 2/12

**S**

strongly [1]  6/8
student [1]  9/7
students [2]  9/15
18/23
studied [1]  7/22
submit [1]  11/6
submitted [4]  5/2 7/17
11/23 11/24
substance [1]  23/15
such [5]  18/5 18/7
22/12 23/4 26/17
sufficient [3]  19/24
20/22 21/10
suggested [2]  9/12
15/2
suggestion [1]  21/19
suggests [1]  20/5
Suite [2]  2/8 2/13
sum [1]  23/8
supervision [1]  22/10
Supervisor [1]  7/10
support [4]  10/12 18/4
19/15 20/16
supportive [1]  3/24
sure [2]  8/13 9/9
suspended [2]  23/14
systems [1]  23/3

**T**

table [1]  3/9
tacked [1]  10/2
take [2]  14/11 24/24
taken [3]  17/24 20/23
26/3
taking [1]  16/16
talk [2]  5/8 10/19
talked [2]  8/23 9/1
talking [3]  10/19 10/20
25/24
talks [1]  9/3
tarnished [1]  11/2
tax [1]  22/17
Telehealth [3]  6/8
15/25 18/20
tell [1]  10/21
term [3]  14/15 22/5
24/1
terms [6]  5/17 5/21
11/5 21/19 22/6 23/25
testing [1]  23/13
than [10]  5/1 11/23
12/12 16/1 20/13 21/10
21/24 23/17 23/22
24/19
thank [9]  4/19 11/7
11/21 15/13 25/15
25/21 25/22 27/19
27/21
that [93]
that's [4]  10/3 10/4
13/8 24/25
their [7]  4/7 8/10 9/17
9/17 14/6 17/15 24/14

them [9]  4/5 4/10 4/15
4/18 4/21 4/23 7/22
7/22 24/13
themselves [1]  18/16
then [2]  9/13 24/1
theory [1]  26/20
there [22]  5/4 5/16 5/23
6/22 8/8 8/20 8/21 9/14
9/21 10/1 10/3 10/22
11/8 12/2 13/16 14/14
14/14 15/10 17/25 24/1
25/5 26/7
there's [1]  10/4
therefore [1]  16/9
these [1]  13/23
they [7]  8/14 9/23 14/7
15/8 15/9 24/9 24/11
thing [3]  10/18 11/17
12/20
things [3]  5/18 13/17
13/23
think [11]  9/14 10/8
10/14 10/14 11/3 11/12
13/11 24/11 25/6 25/20
26/11
this [45]
THOMAS [6]  2/4 6/12
6/19 7/10 7/15 19/18
those [14]  4/12 7/20
7/23 8/3 8/4 8/17 8/19
10/18 12/13 17/17
17/19 18/23 25/10
26/13
though [2]  6/18 16/7
thought [1]  25/1
three [3]  5/18 9/15 22/5
through [7]  6/21 7/23
9/23 12/21 13/3 13/21
25/10
throughout [1]  9/5
time [8]  3/20 4/4 4/17
5/7 5/10 9/19 10/5
21/20
times [2]  8/7 10/6
Title [1]  28/4
today [2]  11/12 15/11
together [1]  20/23
told [1]  13/2
Tom [1]  3/9
topic [1]  19/13
total [2]  16/18 21/17
tough [1]  8/12
tracking [1]  20/1
transcript [4]  1/14 27/2
28/5 28/7
trial [3]  6/19 7/8 12/19
tried [2]  6/4 13/6
true [2]  18/21 28/5
trying [1]  7/1
two [7]  5/23 6/22 10/8
11/4 15/6 19/22 21/22
type [1]  19/2

**U**

UCLA [2]  8/21 8/22
ulterior [1]  18/15
ultimate [1]  16/9
ultimately [3]  6/18 7/4
14/16
Umm [1]  23/19
unable [2]  27/1 27/4
uncertainty [1]  10/23
under [5]  5/23 15/22
22/5 22/21 26/11
undermine [1]  13/10
underserved [1]  6/15
understand [5]  4/10
4/23 9/21 11/15 26/24
understanding [1]  6/5
understands [2]  7/12
7/13
Understood [1]  24/22
unduly [1]  10/14
unenforceable [1]
26/19
unfair [1]  13/7
unfortunate [1]  18/5
unique [4]  12/10 12/16
13/4 19/1
UNITED [14]  1/1 1/6
2/2 2/4 2/5 3/4 3/8 15/3
16/25 21/11 21/14
21/17 28/4 28/9
university [4]  8/19
11/19 13/3 15/4
unknown [1]  19/20
unlawful [2]  26/7
unless [1]  14/19
unlike [1]  6/24
until [1]  10/12
unusual [2]  12/21
13/14
unwarranted [1]  17/9
urge [1]  5/20
us [4]  3/9 8/3 13/23
22/8
USC [12]  6/8 6/21 8/7
8/8 8/17 8/21 8/22 8/25
9/7 9/18 10/22 13/2

**V**

value [3]  15/24 15/25
16/4
various [3]  8/18 10/9
10/20
vendor [1]  23/7
very [12]  3/23 6/4 6/8
10/16 10/16 14/4 14/8
17/12 18/12 18/17
20/25 24/21
VICKI [3]  2/7 3/15 24/3
Vicki Podberesky [2]
3/15 24/3
victim [4]  12/25 13/7
15/10 18/14
victims [2]  15/2 16/22
view [1]  20/3

virtually [1]  20/4
voluntary [1]  19/19
vpod [1]  2/10

**W**

waive [1]  26/13
waived [1]  26/8
waiver [1]  26/19
waivers [1]  26/17
waives [1]  26/15
want [6]  4/25 5/9 6/22
11/22 13/14 14/22
wanted [2]  7/22 13/25
warranted [1]  10/15
warranting [1]  18/10
was [40]
wasn't [1]  9/9
way [4]  7/5 12/21 14/11
18/6
Ways [1]  15/3
we [10]  4/6 4/8 5/8
5/20 7/17 9/2 9/24 14/4
14/19 19/13
we'd [1]  21/21
we'll [1]  9/22
we're [1]  14/15
we've [3]  5/24 10/6
13/20
week [1]  23/21
weeks [1]  21/22
weigh [1]  19/14
weight [2]  17/17 17/21
welfare [1]  8/2
well [3]  13/18 17/12
25/19
went [1]  7/21
were [6]  8/8 8/17 9/15
24/1 26/7 27/24
West [3]  1/22 2/8 2/12
WESTERN [1]  1/3
what [8]  5/1 6/5 8/5
9/10 11/23 12/17 12/17
13/18
what's [1]  11/24
Whatever [1]  5/9
when [3]  14/4 14/10
18/14
where [2]  9/9 25/24
whether [2]  5/16 18/15
which [13]  6/9 7/3 8/21
9/3 11/17 12/20 14/6
14/15 14/23 17/7 21/14
21/17 24/18
while [1]  14/12
who [10]  7/10 7/14 8/4
8/15 9/6 9/16 10/16
15/11 17/10 18/23
Who's [1]  3/25
why [5]  9/12 14/15
14/17 21/5 24/13
will [7]  9/21 17/12 21/2
21/2 23/23 27/2 27/8
winnings [1]  22/17
wishes [1]  15/11

within [4]  19/2 21/22
26/22 27/10
without [4]  5/21 11/5
13/13 18/15
work [7]  6/8 8/7 9/17
9/17 9/22 11/20 18/23
worked [1]  7/5
worth [1]  15/25
would [24]  3/18 5/19
7/5 9/21 10/10 10/12
10/14 11/4 11/6 11/8
11/12 11/13 12/2 12/18
13/9 14/6 14/8 14/19
21/21 24/2 24/6 24/14
24/16 24/19
writing [1]  5/2
written [2]  8/17 9/5
wrongdoing [2]  11/14
12/23
wrought [1]  19/12
www.patcuneo.com
[1]  1/25

**Y**

years [12]  6/10 7/20
10/7 10/13 10/25 11/4
11/13 12/15 13/18
16/21 19/22 22/5
Yeewin [2]  9/6 9/13
yes [11]  4/14 4/16 4/22
11/10 12/14 12/15
14/25 15/5 15/7 15/9
24/5
you [48]
you'd [1]  5/4
you're [4]  14/22 27/1
27/4 27/12
your [41]